## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY )
COMPANY, an insurance company )
incorporated in the State of Iowa; )
                                   )    CIVIL ACTION NUMBER
      Plaintiff,             )    CV **2:05CV1108-N**
                                   )
V.                                      )
                                     )
ARNBERG & ALLEN CONSTRUCTION, )
L.L.C.; STEPHEN D. ARNBERG, )
JIM ALLEN, MICHAEL O. LUNSFORD )
and DEBRA O. LUNSFORD. )
                                     )
      Defendants.          )

## SUMMONS

      This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

      NOTICE TO:      Arnberg & Allen Construction, LLC,
                                55 Emerald Mountain Expressway
                                Wetumpka, Alabama 36093

      The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

      THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*
_____
CLERK OF THE COURT

DATED: **11/28/05**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa; | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| V. | ) |
| | ) |
| ARNBERG & ALLEN CONSTRUCTION, L.L.C.; STEPHEN D. ARNBERG, JIM ALLEN, MICHAEL O. LUNSFORD and DEBRA O. LUNSFORD. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

CIVIL ACTION NUMBER

CV _205CV1108-N_

## **SUMMONS**

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

NOTICE TO:      Stephen D. Arnberg
9790 Highway 63 South
Alexander City, Alabama 35010

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

DATED: 11/28/05

_____
CLERK OF THE COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY )
COMPANY, an insurance company )
incorporated in the State of Iowa; )
                                              )     CIVIL ACTION NUMBER
       Plaintiff, )
                                                )     CV 2:05 W1108 -n
V. )
                                                 )
ARNBERG & ALLEN CONSTRUCTION, )
L.L.C.; STEPHEN D. ARNBERG, )
JIM ALLEN, MICHAEL O. LUNSFORD )
and DEBRA O. LUNSFORD. )
                                                 )
       Defendants. )

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

NOTICE TO:     Jim Allen
                      779 Peace Church Road
                      Wetumpka, Alabama 36093

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*

DATED: 11/28/05                  CLERK OF THE COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY            )
COMPANY, an insurance company        )
incorporated in the State of Iowa;   )
                                     )    CIVIL ACTION NUMBER
    Plaintiff,  )
                                     )    CV_*2:05 CV 1108-N*
V.                                   )
                                     )
ARNBERG & ALLEN CONSTRUCTION,        )
L.L.C.; STEPHEN D. ARNBERG,          )
JIM ALLEN, MICHAEL O. LUNSFORD       )
and DEBRA O. LUNSFORD.               )
                                     )
    Defendants. )

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

NOTICE TO:    Michael O. Lunsford
                750 Emerald Mountain Parkway
                Wetumpka, Alabama 36093

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*
                        CLERK OF THE COURT

DATED: _11/28/05_

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY )
COMPANY, an insurance company )
incorporated in the State of Iowa; )
                                    )     CIVIL ACTION NUMBER
        Plaintiff, )
                                      )     CV _2:05CV1108-N_
V. )
                                      )
ARNBERG & ALLEN CONSTRUCTION, )
L.L.C.; STEPHEN D. ARNBERG, )
JIM ALLEN, MICHAEL O. LUNSFORD )
and DEBRA O. LUNSFORD. )
                                      )
        Defendants. )

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

NOTICE TO:      Debra O. Lunsford
                             750 Emerald Mountain Parkway
                             Wetumpka, Alabama 36093

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*
_____
CLERK OF THE COURT

DATED: _11/28/05_