IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ARNBERG & ALLEN CONSTRUCTION, ) L.L.C., et al. ) ) Defendants. ) | CASE NO. CV-2:05CV1108-N |

RECEIVED
2005 DEC 16 P 3: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

**NOTICE OF APPEARANCE**

COMES NOW Robert J. Russell, Jr., and hereby notifies this Honorable Court of his appearance in the above-styled cause for and on behalf of the Defendants, Michael O. Lunsford and Debra O. Lunsford. Please direct all correspondence and pleadings to undersigned's attention.

RESPECTFULLY SUBMITTED this the 16th day of December, 2005.

_____
Robert J. Russell, Jr.   (RUS020)
Attorney for Defendants
Michael O. Lunsford and
Debra O. Lunsford

OF COUNSEL:
Parnell & Crum, P.A.
P. O. Box 2189
Montgomery, AL 36102-2189
(334) 832-4200
(334) 293-3551 (fax)
vsmith@parnellcrum.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished to the following counsel of record by placing a copy thereof, properly addressed and postage prepaid, in the United States Mail on this the 16th day of December, 2005.

James A. Kee, Jr., Esq.
Cynthia A. Martin, Esq.
Kee & Selby, L.L.P.
1900 International Park Drive, Ste. 220
Birmingham, AL 35243

Steadman S. Shealy, Jr., Esq.
Todd Derrick, Esq.
Cobb, Shealy, Crum & Derrick, P.A.
206 North Lena Street
P. O. Box 6346
Dothan, AL 36302-6346

_____
Robert J. Russell, Jr.