IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 16  P 3: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. CV-2:05CV1108-N |
| ARNBERG & ALLEN CONSTRUCTION, L.L.C., et al. ) ) ) | |
| Defendants. ) | |

## ANSWER

COME NOW Defendants Michael O. Lunsford and Debra O. Lunsford in the above-styled cause and by and through undersigned counsel answers the Plaintiff's Complaint as follows:

1. Defendants Michael O. Lunsford and Debra O. Lunsford deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

RESPECTFULLY SUBMITTED this the 16th day of December, 2005.

_____
Robert J. Russell, Jr.   (RUS020)
Attorney for Defendants
Michael O. Lunsford and
Debra O. Lunsford

OF COUNSEL:
Parnell & Crum, P.A.
P. O. Box 2189
Montgomery, AL 36102-2189
(334) 832-4200
(334) 293-3551 (fax)
vsmith@parnellcrum.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished to the following counsel of record by placing a copy thereof, properly addressed and postage prepaid, in the United States Mail on this the 16th day of December, 2005.

James A. Kee, Jr., Esq.
Cynthia A. Martin, Esq.
Kee & Selby, L.L.P.
1900 International Park Drive, Ste. 220
Birmingham, AL 35243

Steadman S. Shealy, Jr., Esq.
Todd Derrick, Esq.
Cobb, Shealy, Crum & Derrick, P.A.
206 North Lena Street
P. O. Box 6346
Dothan, AL 36302-6346

_____
Robert J. Russell, Jr.