## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 19, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Employers Mutual Casualty Company   vs.  Arnberg & Allen Construction, L.L.C., et al
Civil Action No.  2:05-cv-1108-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-1108(MEF).  This new case number should be used on all future correspondence and pleadings in this action.