IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL ) | |
| CASUALTY COMPANY ) | |
| ) | |
| Plaintiffs, ) | |
| v.          ) | CASE NO. 2:05-cv-1108-MEF |
| ) | |
| ARNBERG & ALLEN ) | |
| CONSTRUCTION, LLC, *et al.*, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Upon consideration of the Plaintiff's Motion for Default Judgment as to Stephen D. Arnberg (Doc. #9), filed on January, 19, 2006, it is hereby

ORDERED that the motion is DENIED. The Plaintiff must first file an Application for Default with the Office of the Clerk of Court before seeking a default judgment.

Done this the 10th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE