IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa,<br><br>    Plaintiff,<br><br>v.<br><br>ARNBERG & ALLEN CONSTRUCTION, LLC, STEPHEN D. ARNBERG, JIM ALLEN, MICHAEL O. LUNSFORD and DEBRA O. LUNSFORD.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:05-cv-1108-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF DEFAULT

It appearing that defendant Stephen D. Arnberg, was duly served with a copy of the summons and complaint on December 2, 2005, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on February 13, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Stephen D. Arnberg.

DONE THIS  15th  day of   February, 2006  .

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA