# Exhibit 1(c)

# CERTIFICATION

I, Thomas C. O'Connell, Underwriting Manager, EMC Property & Casualty Company, do hereby certify that the foregoing to which this certificate is attached is a true and correct copy of Policy 2D0 72 42--02 with amendments, which policy was issued January 1, 2001 to Arnberg and Allen Construction, LLC.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of July, 2005.

EMC PROPERTY & CASUALTY COMPANY
By: _Thomas O'Connell_
       Underwriting Manager

cf

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

POLICY PERIOD:  FROM  01/01/01  TO  01/01/02

```
*-----------------------------*
*      POLICY NUMBER          *
* 2 D 0 - 7 2 - 4 2---02 *
*-----------------------------*
```

N A M E D   I N S U R E D :                    P R O D U C E R :

ARNBERG AND ALLEN                    THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                    3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY       PO BOX 11408
WETUMPKA AL 36093-3200               MONTGOMERY AL 36111-0408


                                     AGENT: HS-0532-6
    AGENCY BILL                      AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
     P L E A S E   R E A D   I T   C A R E F U L L Y.

```
*----------------------------------------------------*
* ENDORSEMENT EFFECTIVE DATES: 11/20/01 TO 01/01/02 *
*----------------------------------------------------*
```

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD
AND AGREED THAT LOCATION 009 IS ADDED TO THIS POLICY IN ACCORDANCE WITH
THE ATTACHED SCHEDULE.

```
-----------------------------------------
ADDITIONAL PREMIUM:    $
-----------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 11/27/01          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP        055        MA        2D07242    0207

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL          EFF DATE: 11/20/01    EXP DATE: 01/01/02

         G E N E R A L   L I A B I L I T Y   S C H E D U L E
-----------------------------------------------------------------------
                                   ! PRODUCTS/COMPL OPS !    ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION   ! RATE !ADVANCE PREM!  RATE !ADVANCE PREM
-----------------------------------------------------------------------
LOCATION 009                       !      !      !        !      !
63010                              !      !      !        !      !
DWELLINGS - ONE-FAMILY             !      !      !        !      !
(LESSOR'S RISK ONLY)               !      !      !        !      !
  PREMIUM BASIS:                   !      !      !        !      !
  DWELLING                         !      !      !        !      !
  EXPOSURE:                        !      !      !        !      !
 (SUBLINE                          !      !      !        !      !
-----------------------------------------------------------------------

                              -----------------------------------------
                              TOTAL PREMIUM FOR CHANGES $
                              -----------------------------------------
(1)  OTHER THAN NOT FOR PROFIT    (2)  NOT FOR PROFIT
(3)  INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4)  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
('         PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
     OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6)  FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      ?R CLAIM APPLIES
     UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE


LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
             WETUMPKA, AL  36092


  LOC 002    15 MOUNTAIN VIEW DRIVE
             WETUMPKA, AL  36093


  LOC 004    140 POST OAK
             WETUMPKA, AL  36093


  LOC 008    5722 REDBARN ROAD
             MONTGOMERY, AL  36116


  LOC 009    377 RIVERBIRCH CIRCLE
             WETUMPKA, AL  36093
```

```
DATE OF ISSUE: 11/27/01 BPP
FORM CG7001A  ED.01-86 BPP   10/12/00      055        MA     2D07242   0207
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                    *----------------------*
POLICY PERIOD:  FROM  01/01/01  TO  01/01/02   *    POLICY NUMBER    *
                                    * 2 D 0 - 7 2 - 4 2---02 *
                                    *----------------------*
```

        N A M E D   I N S U R E D :           P R O D U C E R :

ARNBERG AND ALLEN                    THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                    3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY       PO BOX 11408
WETUMPKA AL 36093-3200               MONTGOMERY AL 36111-0408


                                     AGENT: HS-0532-6
    AGENCY BILL                      AGENT PHONE: 334-277-8970

   T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
        P L E A S E   R E A D   I T   C A R E F U L L Y.

        *--------------------------------------------------*
        * ENDORSEMENT EFFECTIVE DATES: 04/02/01 TO 01/01/02 *
        *--------------------------------------------------*

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD AND
AGREED THAT LOCATION 005 IS DELETED FROM THE POLICY IN ACCORDANCE WITH THE
ATTACHED SCHEDULE AS FOLLOWS:

                    LOCATION 005 - DELETED
                    59 RIVER BIRCH PARK DRIVE
                    WETUMPKA, AL   36092


                    ----------------------------------------
                    RETURN PREMIUM:   $
                    ----------------------------------------


AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 04/06/01          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP      055      MA      2D07242    0206

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL          EFF DATE: 04/02/01    EXP DATE: 01/01/02

         G E N E R A L   L I A B I L I T Y   S C H E D U L E
-----------------------------------------------------------------------------
                                  ! PRODUCTS/COMPL OPS !     ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION  ! RATE !ADVANCE PREM! RATE !ADVANCE PREM
-----------------------------------------------------------------------------
LOCATION 005                      !     !            !     !
63010                             !     !            !     !
DWELLINGS - ONE-FAMILY            !     !            !     !
(LESSOR'S RISK ONLY)              !     !            !     !
  PREMIUM BASIS:                  !     !            !     !
  EACH                            !     !            !     !
  EXPOSURE:                       !     !            !     !
 (SUBLINE                         !     !            !     !
-----------------------------------------------------------------------------
                                  ---------------------------------------------
                                      TOTAL PREMIUM FOR CHANGES $-
                                  ---------------------------------------------
(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
        PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF .    PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
             WETUMPKA, AL  36092


  LOC 002    15 MOUNTAIN VIEW DRIVE
             WETUMPKA, AL  36093


  LOC 004    140 POST OAK
             WETUMPKA, AL  36093


  LOC 008    5722 REDBARN ROAD
             MONTGOMERY, AL  36116
```

```
DATE OF ISSUE: 04/06/01 BPP
FORM CG7001A   ED.01-86 BPP    10/12/00      055         MA      2D07242   0206
```

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

POLICY PERIOD:  FROM  01/01/01  TO  01/01/02

```
*-----------------------*
*       POLICY NUMBER    *
* 2 D 0 - 7 2 - 4 2---02 *
*-----------------------*
```

N A M E D   I N S U R E D :                P R O D U C E R :

ARNBERG AND ALLEN                THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY   PO BOX 11408
WETUMPKA AL 36093-3200           MONTGOMERY AL 36111-0408

                                 AGENT: HS-0532-6
    AGENCY BILL                  AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
*-----------------------------------------------------*
* ENDORSEMENT EFFECTIVE DATES: 02/12/01 TO 01/01/02 *
*-----------------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD AND
AGREED THAT LOCATION 007 IS DELETED FROM THE POLICY IN ACCORDANCE WITH THE
ATTACHED SCHEDULE AS FOLLOWS:

                    LOCATION 007 - DELETED
                    165 POPULAR GROVE
                    WETUMPKA, AL  36092

                    --------------------------------------
                    RETURN PREMIUM:    $
                    --------------------------------------

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 02/19/01          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP        055       MA        2D07242   0205

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL           EFF DATE: 02/12/01    EXP DATE: 01/01/02

              G E N E R A L   L I A B I L I T Y   S C H E D U L E
--------------------------------------------------------------------------------
                                 ! PRODUCTS/COMPL OPS !     ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION  !  RATE !ADVANCE PREM!  RATE !ADVANCE PREM
--------------------------------------------------------------------------------
LOCATION 007                     !       !            !       !
63010                            !       !            !       !$
DWELLINGS - ONE-FAMILY           !       !            !       !
(LESSOR'S RISK ONLY)             !       !            !       !
  PREMIUM BASIS:                 !       !            !       !
  DWELLING                       !       !            !       !
  EXPOSURE:                      !       !            !       !
 (SUBLINE                        !       !            !       !
--------------------------------------------------------------------------------
                             ---------------------------------------------------
                             TOTAL PREMIUM FOR CHANGES $
                             ---------------------------------------------------
(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
        PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF     PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
             WETUMPKA, AL  36092


  LOC 002    15 MOUNTAIN VIEW DRIVE
             WETUMPKA, AL  36093


  LOC 004    140 POST OAK
             WETUMPKA, AL  36093


  LOC 005    59 RIVER BIRCH PARK DRIVE
             WETUMPKA, AL  36092


  LOC 008    5722 REDBARN ROAD
             MONTGOMERY, AL  36116
```

```
DATE OF ISSUE: 02/19/01 BPP
FORM CG7001A  ED.01-86 BPP   10/12/00      055        MA      2D07242   0205
```

**EMC Insurance Companies**

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                  *-------------------------*
POLICY PERIOD:  FROM  01/01/01  TO  01/01/02   *      POLICY NUMBER     *
                                  * 2 D 0 - 7 2 - 4 2---02 *
                                  *-------------------------*
```

N A M E D   I N S U R E D :                P R O D U C E R :

ARNBERG AND ALLEN                   THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                   3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY      PO BOX 11408
WETUMPKA AL 36093-3200              MONTGOMERY AL 36111-0408



                                    AGENT: HS-0532-6
     AGENCY BILL                    AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
     P L E A S E   R E A D   I T   C A R E F U L L Y.

---------------------------------------------------------------------

          *---------------------------------------------------*
          * ENDORSEMENT EFFECTIVE DATES: 01/01/01 TO 01/01/02 *
          *---------------------------------------------------*

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD
AND AGREED THAT LOCATION 008 IS ADDED TO THE POLICY IN ACCORDANCE WITH
THE ATTACHED SCHEDULE.




          ---------------------------------------------------------------

          ----------------------------------------
          ADDITIONAL PREMIUM:    $
          ----------------------------------------




AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 02/15/01          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP       055       MA        2D07242   0204
```

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL        EFF DATE: 01/01/01    EXP DATE: 01/01/02

              G E N E R A L   L I A B I L I T Y   S C H E D U L E
--------------------------------------------------------------------------------
                                  ! PRODUCTS/COMPL OPS !    ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION  !  RATE !ADVANCE PREM!  RATE !ADVANCE PREM
--------------------------------------------------------------------------------
LOCATION 008                      !       !            !       !
63010                             !       !            !       !
DWELLINGS - ONE-FAMILY            !       !            !       !
(LESSOR'S RISK ONLY)              !       !            !       !
  PREMIUM BASIS:                  !       !            !       !
  EACH                            !       !            !       !
  EXPOSURE:        1              !       !            !       !
 (SUBLINE                         !       !            !       !
        DEDUCTIBLE APPLIES TO PD  !       !            !       !
PER CLAIM FOR OTHER THAN          !       !            !       !
PROD/COMPL OPS                    !       !            !       !
--------------------------------------------------------------------------------

                            ----------------------------------------------
                            TOTAL PREMIUM FOR CHANGES $
                            ----------------------------------------------
(1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)        ) PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
        OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001   55 EMERALD MOUNTAIN PKWY
            WETUMPKA, AL  36092


  LOC 002   15 MOUNTAIN VIEW DRIVE
            WETUMPKA, AL  36093


  LOC 004   140 POST OAK
            WETUMPKA, AL  36093


  LOC 005   59 RIVER BIRCH PARK DRIVE
            WETUMPKA, AL  36092


  LOC 007   165 POPULAR GROVE DRIVE
            WETUMPKA, AL  36092


  LOC 008   5722 REDBARN ROAD
            MONTGOMERY, AL  36116




DATE OF ISSUE: 02/15/01 BPP
FORM CG7001A  ED.01-86 BPP    10/12/00      055        MA      2D07242   0204
```

**EMC Insurance Companies**

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                              *----------------------*
POLICY PERIOD:  FROM  01/01/01  TO  01/01/02   *      POLICY NUMBER     *
                              * 2 D 0 - 7 2 - 4 2 - - - 0 2 *
                              *----------------------*
```

N A M E D   I N S U R E D :              P R O D U C E R :

ARNBERG AND ALLEN                        THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                        3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY           PO BOX 11408
WETUMPKA AL 36093-3200                   MONTGOMERY AL 36111-0408


                                         AGENT: HS-0532-6
    AGENCY BILL                          AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y .
P L E A S E   R E A D   I T   C A R E F U L L Y .

```
        *----------------------------------------------*
        * ENDORSEMENT EFFECTIVE DATES: 01/01/01 TO 01/01/02 *
        *----------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD AND
AGREED THAT LOCATION 003 IS DELETED FROM THE POLICY IN ACCORDANCE WITH THE
ATTACHED SCHEDULE AS FOLLOWS:

                        LOCATION 003 - DELETED
                        5722 REDBARN ROAD
                        MONTGOMERY, AL  36116

```
            --------------------------------------
              RETURN PREMIUM:   $              )
            --------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 01/22/01         COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)       BPP      055      MA         2D07242   0203

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY                POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL            EFF DATE: 01/01/01    EXP DATE: 01/01/02

                   G E N E R A L   L I A B I L I T Y   S C H E D U L E
   -----------------------------------------------------------------------------
                                    ! PRODUCTS/COMPL OPS !      ALL OTHER
   CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM! RATE !ADVANCE PREM
   -----------------------------------------------------------------------------
   LOCATION 003                     !      !            !      !
   63010                            !      !            !      !$
   DWELLINGS - ONE-FAMILY           !      !            !      !
   (LESSOR'S RISK ONLY)             !      !            !      !
      PREMIUM BASIS:                !      !            !      !
      EACH                          !      !            !      !
      EXPOSURE:                     !      !            !      !
     (SUBLINE                       !      !            !      !
          DEDUCTIBLE APPLIES TO PD  !      !            !      !
   PER CLAIM FOR OTHER THAN         !      !            !      !
   PROD/COMPL OPS                   !      !            !      !
   -----------------------------------------------------------------------------
                                    -------------------------------------------
                                     TOTAL PREMIUM FOR CHANGES $
                                    -------------------------------------------
   (1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
   (3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
   (4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
   (5        PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
       OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
   (6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE O       ~ PER CLAIM APPLIES
       UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

   LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

      RATED LOCATIONS:

      LOC 001    55 EMERALD MOUNTAIN PKWY
                 WETUMPKA, AL  36092


      LOC 002    15 MOUNTAIN VIEW DRIVE
                 WETUMPKA, AL  36093


      LOC 004    140 POST OAK
                 WETUMPKA, AL  36093


      LOC 005    59 RIVER BIRCH PARK DRIVE
                 WETUMPKA, AL  36092


      LOC 007    165 POPULAR GROVE DRIVE
                 WETUMPKA, AL  36092




   DATE OF ISSUE: 01/22/01 BPP
   FORM CG7001A  ED.01-86 BPP   10/12/00      055        MA      2D07242  0203
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

### C H A N G E   E N D O R S E M E N T

```
                                      *-------------------------*
POLICY PERIOD:  FROM  01/01/01  TO  01/01/02  *   POLICY NUMBER    *
                                      * 2 D 0 - 7 2 - 4 2---02 *
                                      *-------------------------*
```

```
     N A M E D   I N S U R E D :              P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARNBERG AND ALLEN                        THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                        3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY           PO BOX 11408
WETUMPKA AL 36093-3200                   MONTGOMERY AL 36111-0408
```

```
                                         AGENT: HS-0532-6
   AGENCY BILL                           AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

### T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y. P L E A S E   R E A D   I T   C A R E F U L L Y.

-----------------------------------------------------------------------

```
     *-------------------------------------------------*
     * ENDORSEMENT EFFECTIVE DATES: 01/01/01 TO 01/01/02 *
     *-------------------------------------------------*
```

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS HEREBY UNDERSTOOD AND AGREED THAT LOCATION 006 IS DELETED AND LOCATION 007 IS ADDED TO THE POLICY IN ACCORDANCE WITH THE ATTACHED SCHEDULE AS FOLLOWS:

```
                    LOCATION 006 - DELETED
                    69 RIVER BIRCH PARK DRIVE
                    WETUMPKA, AL  36092
```

-----------------------------------------------------------------------

```
          ----------------------------------------
          ADDITIONAL PREMIUM:   $
          ----------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 01/08/01          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP        055      MA        2D07242   0202

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL         EFF DATE: 01/01/01      EXP DATE: 01/01/02
```

## G E N E R A L   L I A B I L I T Y   S C H E D U L E

| CODE NO./EXPOSURE/CLASSIFICATION | ! PRODUCTS/COMPL OPS ! | | ALL OTHER | |
|---|---|---|---|---|
| | ! RATE !ADVANCE PREM! | | RATE !ADVANCE PREM | |
| LOCATION 006 | ! | ! | ! | ! |
| 63010 | ! | ! | ! | |
| DWELLINGS - ONE-FAMILY | ! | ! | ! | ! |
| (LESSOR'S RISK ONLY) | ! | ! | ! | ! |
|   PREMIUM BASIS: | ! | ! | ! | ! |
|   EACH | ! | ! | ! | ! |
|   EXPOSURE: | ! | ! | ! | ! |
|   (SUBLINE | ! | ! | ! | ! |
| LOCATION 007 | ! | ! | ' | ! |
| 63010 | ! | ! | ! | |
| DWELLINGS - ONE-FAMILY | ! | ! | ! | ! |
| (LESSOR'S RISK ONLY) | ! | ! | ! | ! |
|   PREMIUM BASIS: | ! | ! | ! | ! |
|   DWELLING | ! | ! | ! | ! |
|   EXPOSURE: | ! | ! | ! | ! |
|   (SUBLINE | ! | ! | ! | ! |

```
                                      TOTAL PREMIUM FOR CHANGES $
```

(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5) A ____ PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
             WETUMPKA, AL  36092


  LOC 002    15 MOUNTAIN VIEW DRIVE
             WETUMPKA, AL  36093


  LOC 003    5722 REDBARN RD
             MONTGOMERY, AL  36116


  LOC 004    140 POST OAK
             WETUMPKA, AL  36093

```

**EMC**Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              PRIOR POLICY: 2D0-72-42

        G E N E R A L    L I A B I L I T Y    D E C L A R A T I O N S

                                      *-------------------------*
POLICY PERIOD: FROM  01/01/01 TO  01/01/02   *     POLICY NUMBER     *
                                      * 2 D 0 - 7 2 - 4 2 --- 0 2 *
                                      *-------------------------*
       N A M E D   I N S U R E D:         P R O D U C E R:

      ARNBERG AND ALLEN                  THOMPSON INSURANCE, INC.
      CONSTRUCTION, LLC                  3300 GATSBY LN
      55 EMERALD MOUNTAIN EXPRESSWAY     PO BOX 11408
      WETUMPKA AL 36093-3200             MONTGOMERY AL 36111-0408




                                      AGENT: HS-0532-6
         AGENCY BILL                   AGENT PHONE: 334-277-8970

INSURED IS: LLC              BUSINESS DESC: HOME BUILDER

             L I M I T S   O F   I N S U R A N C E

EACH OCCURRENCE LIMIT                     $
   DAMAGE TO PREMISES RENTED TO YOU LIMIT $           ANY ONE PREMISES
   MEDICAL EXPENSE LIMIT                  $           ANY ONE PERSON

PERSONAL AND ADVERTISING INJURY LIMIT        $       ANY ONE PERSON OR
                                                     ORGANIZATION

GENERAL AGGREGATE LIMIT                              $
PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT        $
---------------------------------------------------------------
     C O V E R A G E S   P R O V I D E D           P R E M I U M
     ----------------------------------            -------------
     PRODUCTS/COMPLETED OPERATIONS                 $
     OTHER THAN PRODUCTS/COMPLETED OPERATIONS      $
                                      ---------------------------
             TOTAL ESTIMATED POLICY PREMIUM   $
                                      ---------------------------



---------------------------------------------------------------
             SEE ATTACHED SCHEDULE FOR LOCATION
          OF ALL PREMISES OWNED, RENTED OR OCCUPIED.
---------------------------------------------------------------
FORMS APPLICABLE:
         CG7001A(1/86)   CG0300(1/96)   CG2134(1/87)
         CG0001(7/98)    CG7003(8/99)   CG2147(7/98)
         CG2150(9/89)    CG7185(8/99)   CG0057(9/99)
         CG7422(3/99)    IL0017(11/98)  IL0021(4/98)
         IL7028(8/99)    CG2011(1/96)   CG2010(3/97)
         CG2160(9/98)    CG7315(3/00)   CG7471(3/00)

AUDIT PERIOD: ANNUAL




DATE OF ISSUE: 11/15/00 BPP
FORM CG7000A  ED. 08-99 BPP  10/12/00    055       MA     2D07242  0201
```

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL          EFF DATE: 01/01/01     EXP DATE: 01/01/02

        G E N E R A L   L I A B I L I T Y   S C H E D U L E
------------------------------------------------------------------------
                                ! PRODUCTS/COMPL OPS !     ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM! RATE !ADVANCE PREM
------------------------------------------------------------------------
LOCATION 001                     !       !          !     !
87557                            !                        !
CONTRACTOR - SUBCONTRACTED WORK: !       !          !     !
RATED AS INSURED SUBCONTRACTORS  !       !          !     !
                                 !       !          !     !
   PREMIUM BASIS:                !       !          !     !
   THOUSANDS OF TOTAL COST       !       !          !     !
   EXPOSURE:                     !       !          !     !
  (SUBLINE                       !       !          !     !
ADDITIONAL INTEREST (            !       !
   CITY OF WETUMPKA              !       !
   OWNERS,LESS,OR CONTR          !       !          !     !
        DEDUCTIBLE APPLIES TO PD !       !          !     !
PER CLAIM FOR OTHER THAN         !       !          !     !
PROD/COMPL OPS                   !       !          !     !
        DEDUCTIBLE APPLIES TO PD !       !          !     !
PER CLAIM FOR PROD/COMPL OPS     !       !          !     !
------------------------------------------------------------------------
87558                            !                        !
CONTRACTOR - SUBCONTRACTED WORK: !       !          !     !
RATED AS UNINSURED SUBCONTRACTORS!       !          !     !
INCLUDING LABOR AND MATERIALS    !       !          !     !
   PREMIUM BASIS:                !       !          !     !
   THOUSANDS OF TOTAL COST       !       !          !     !
   EXPOSURE:                     !       !          !     !
  (SUBLINE                       !       !          !     !
        DEDUCTIBLE APPLIES TO PD !       !          !     !
PER CLAIM FOR OTHER THAN         !       !          !     !
PROD/COMPL OPS                   !       !          !     !
        DEDUCTIBLE APPLIES TO PD !       !          !     !
PER CLAIM FOR PROD/COMPL OPS     !       !          !     !
------------------------------------------------------------------------
87559                            !                        !
CONTRACTOR - SUBCONTRACTED WORK: !       !          !     !
RATED AS UNINSURED SUBCONTRACTORS!       !          !     !
INCLUDING LABOR ONLY             !       !          !     !
   PREMIUM BASIS:                !       !          !     !
   THOUSANDS OF TOTAL COST       !       !          !     !
   EXPOSURE:                     !       !          !     !
  (SUBLINE            )          !       !          !     !
        DEDUCTIBLE APPLIES TO PD !       !          !     !
PER CLAIM FOR OTHER THAN         !       !          !     !
PROD/COMPL OPS                   !       !          !     !
    ... DEDUCTIBLE APPLIES TO PD !       !          !     !
PER CLAIM FOR PROD/COMPL OPS     !       !          !     !
------------------------------------------------------------------------




DATE OF ISSUE: 11/15/00 BPP                            (CONTINUED)
FORM CG7001A  ED.01-86 BPP   10/12/00     055        MA     2D07242  0201
```

**EMC Insurance Companies**

PAGE    3

```
EMC PROPERTY & CASUALTY COMPANY                  POLICY NO: 2D0-72-42---02
ARNBERG ALLEN CONST LL          EFF DATE: 01/01/01    EXP DATE: 01/01/02
```

## G E N E R A L   L I A B I L I T Y   S C H E D U L E
### ( C O N T I N U E D )

| CODE NO./EXPOSURE/CLASSIFICATION | PRODUCTS/COMPL OPS RATE | ADVANCE PREM | ALL OTHER RATE | ADVANCE PREM |
|---|---|---|---|---|
| LOCATION 003 | | | | |
| 63010 | | | | |
| DWELLINGS - ONE-FAMILY | | | | |
| (LESSOR'S RISK ONLY) | | | | |
| PREMIUM BASIS: | | | | |
| EACH | | | | |
| EXPOSURE: | | | | |
| (SUBLINE | | | | |
| DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |
| LOCATION 004 | | | | |
| 63010 | | | | |
| DWELLINGS - ONE-FAMILY | | | | |
| (LESSOR'S RISK ONLY) | | | | |
| PREMIUM BASIS: | | | | |
| DWELLING | | | | |
| EXPOSURE: | | | | |
| (SUBLINE | | | | |
| LOCATION 005 | | | | |
| 63010 | | | | |
| DWELLINGS - ONE-FAMILY | | | | |
| (LESSOR'S RISK ONLY) | | | | |
| PREMIUM BASIS: | | | | |
| EACH | | | | |
| EXPOSURE: | | | | |
| (SUBLINE | | | | |
| LOCATION 006 | | | | |
| 63010 | | | | |
| DWELLINGS - ONE-FAMILY | | | | |
| (LESSOR'S RISK ONLY) | | | | |
| PREMIUM BASIS: | | | | |
| EACH | | | | |
| EXPOSURE: | | | | |
| (SUBLINE | | | | |

TOTAL ESTIMATED POLICY PREMIUM $

```
(1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)     PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
        OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE     PER CLAIM APPLIES
        UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
```

DATE OF ISSUE: 11/15/00 BPP                               (CONTINUED)
FORM CG7001A ED.01-86 BPP   10/12/00    055    MA    2D07242  0201

QUICK REFERENCE

# COMMERCIAL GENERAL LIABILITY COVERAGE PART

## OCCURRENCE COVERAGE

**READ YOUR POLICY CAREFULLY**

## DECLARATIONS PAGES
Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

## SECTION I — COVERAGES

| | | Beginning on Page |
|---|---|---|
| Coverage A — Bodily Injury and Property Damage Liability | Insuring Agreement | 1 |
| | Exclusions | 1 |
| Coverage B — Personal and Advertising Injury Liability | Insuring Agreement | 5 |
| | Exclusions | 6 |
| Coverage C — Medical Payments | Insuring Agreement | 6 |
| | Exclusions | 7 |
| Supplementary Payments | | 7 |

**SECTION II — WHO IS AN INSURED** ........................................................ 8

**SECTION III — LIMITS OF INSURANCE** ................................................... 9

**SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS** ......... 10
Bankruptcy ........................................................................................... 10
Duties in The Event of Occurrence, Offense, Claim or Suit ................. 10
Legal Action Against Us ....................................................................... 10
Other Insurance ................................................................................... 10
Premium Audit ..................................................................................... 11
Representations .................................................................................... 11
Separation of Insureds ......................................................................... 11
Transfer of Rights of Recovery Against Others To Us .......................... 11
When We Do Not Renew ...................................................................... 11

**SECTION V — DEFINITIONS** ................................................................. 12

## COMMON POLICY CONDITIONS
Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

## ENDORSEMENTS (If Any)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

**(2)** The "bodily injury" or "property damage" occurs during the policy period.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98    ☐

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

    Copyright, Insurance Services Office, Inc., 1997

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98    □

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. "Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

 Copyright, Insurance Services Office, Inc., 1997

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98    □

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

    **(1)** "Bodily injury" or "personal and advertising injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

        **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

        **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** "Property damage" to property:

        **(a)** Owned, occupied or used by,

        **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

        you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

Copyright, Insurance Services Office, Inc., 1997

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads; including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

   (1) The injury or damage arises out of:

      (a) Goods or products made or sold by you in the territory described in **a.** above; or

      (b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

   (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

Copyright, Insurance Services Office, Inc., 1997

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1997
□

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Exclusion **l.** of **Section I. – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1999

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION — INJURY OR DAMAGE FROM
## EARTH MOVEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" and "advertising injury" arising out of, caused by, resulting from, contributed to, aggravated by, or related to earthquake, landslide, mudflow, subsidence, settling, slipping, falling away, shrinking, expansion, caving in, shifting, eroding, rising, tilting or any other movement of land, earth or mud.

With respect to "bodily injury" and "property damage," this exclusion only applies to the "products-completed operations hazard."

**Includes copyrighted material of Insurance Services Office, Inc. with its permission.**
**Copyright, Insurance Services Office, Inc., 1996**

Form CG7422 (Ed. 3-99)



**EMC Insurance Companies**

COMMERCIAL GENERAL LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

A. **SECTION I — COVERAGES**, Subparagraph **2. Exclusions**, of **COVERAGE A — BODILY INJURY PROPERTY DAMAGE LIABILITY** is amended to add the following:

p. **Exclusion for "Bodily Injury" or "Property Damage" Which Commences Prior to Inception of Policy**

This insurance does not apply to any "bodily injury" or "property damage" which was in progress as of the inception date of this policy or which commenced, or which is alleged to have occurred, prior to the inception or effective date of this policy, whether such "bodily injury" or "property damage" is known, unknown or should have been known by any "insured." We have no duty to defend any "suit" or claim alleging such "bodily injury" or "property damage."

This exclusion applies regardless of whether any "bodily injury" or "property damage" which commenced prior to the inception or effective date of this policy or which is, or is alleged to be occurring as of the inception of this policy, continues or progressively deteriorates during or after this policy period.

B. For the purposes of this endorsement only, the following **DEFINITIONS** have been added or modified as indicated below:

1. **SECTION V — DEFINITIONS**, Subparagraph **9.f.** of "Insured Contract" is amended by adding the following:

(4) That provides indemnity and/or defense of any person or organization for their sole negligence or regardless of fault.

2. **SECTION V — DEFINITIONS**, Subparagraph **13**. Is deleted and replaced by the following:

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions. However, this definition does not include any occurrence which commenced prior to the effective date of this policy.

3. **SECTION V — DEFINITIONS**, is amended by adding the following:

22. "Insured" means any person or organization qualifying as an insured under **SECTION II — WHO IS AN INSURED** in the Coverage Form along with any additional named insureds and/or additional insureds whether by endorsement, under an "insured contract" or otherwise and all other parties seeking insured status.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1996

COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible PER CLAIM or PER OCCURRENCE | |
|---|---|---|
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

SEE POLICY AND SCHEDULE

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

    Copyright, Insurance Services Office, Inc., 1994     □

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994

CG 03 00 01 96     ☐

POLICY NUMBER:                                                        **COMMERCIAL GENERAL LIABILITY**
                                                                                 **CG 20 10 03 97**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name of Person or Organization: |
| --- |
| |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Who Is An Insured (Section II)** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**CG 20 10 03 97**              Copyright, Insurance Services Office, Inc., 1996              **Page 1 of 1**    □

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 20 11 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

1. Designation of Premises (Part Leased to You):
2. Name of Person or Organization (Additional Insured):
3. Additional Premium:

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 01 96

Copyright, Insurance Services Office, Inc., 1994

Page 1 of 1     ☐

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION–DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

See Description Below

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products – completed operations hazard" and arising out of "your work" shown in the Schedule.

1. The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement, of an "exterior insulation and finish system" (commonly referred to as synthetic stucco) or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings coatings caulkings or sealants in connection with such a system.

2. Any work or operations with respect to any exterior component, fixture or feature of any structure in an "exterior insulation and finish system" is used on any part of that structure.

   This exclusion applies to "your work" described in Paragraph 1. or Paragraph 2. above performed by you or on your behalf.

   For the purposes of this endorsement, an "exterior insulation and finish system: means an exterior clading or finish system used on any part of any structure and consisting of:

(a) a rigid or semi–rigid insulation board made of expanded polystyrene or other materials, and

(b) the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate, and

(c) a reinforced base coat, and

(d) a finish coat providing surface texture and color.

CG 21 34 01 87        Copyright, Insurance Services Office, Inc., 1986                        □

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I — Coverage A — Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I — Coverage B — Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

**c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood; or

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

    Copyright, Insurance Services Office, Inc., 1988    □

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

   **(1)** Any of the following, whether belonging to any insured or to others:

      **(a)** Computer hardware, including microprocessors;

      **(b)** Computer application software;

      **(c)** Computer operating systems and related software;

      **(d)** Computer networks;

      **(e)** Microprocessors (computer chips) not part of any computer system; or

      **(f)** Any other computerized or electronic equipment or components; or

   **(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION — LEAD

This endorsement modifies the insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., Exclusions of Coverage A — Bodily Injury and Property Damage Liability (Section I — Coverages) and Paragraph 2., Exclusions of Coverage B — Personal and Advertising Injury Liability (Section I — Coverages).

This insurance does not apply to:

1.  "Bodily injury," "property damage," or "personal injury and advertising injury" arising out of actual, alleged or threatened ingestion, inhalation, absorption of, exposure to, or presence of lead.

2.  Any loss, cost or expense arising out of any:

    (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, abate, remove, monitor, clean up, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of lead; or

    (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, abating, cleaning up, removing, containing, treating, monitoring, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

Lead means lead in any form, whether in combination with, an ingredient of, or as a component of any substance or material.

All other terms, conditions, exclusions and provisions of the policy apply.

Form CG7185 (Ed. 8-99)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS POLICY
    COMMERCIAL AUTO COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
    UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

  **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

    **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

  **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

  **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

Copyright, Insurance Services Office, Inc., 1997

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98     ☐

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

Businessowners Liability Coverage Form
Commercial General Liability Coverage Part
Pollution Liability Coverage Part
Products/Completed Operations Liability Coverage Part

The policy does not apply to "bodily injury," "personal injury" (or "personal and advertising injury" if defined as such in your policy) or "property damage" (including any associated clean-up obligations) arising out of the installation, existence, removal, or disposal of asbestos or any substance containing asbestos fibers.

Copyright, Insurance Services Office, Inc., 1997