# Exhibit 1(d)
# Part 1

# CERTIFICATION

I, Thomas C. O'Connell, Underwriting Manager, EMC Property & Casualty Company, do hereby certify that the foregoing to which this certificate is attached is a true and correct copy of Policy 2K0 72 42--03 with amendments, which policy was issued January 1, 2002 to Arnberg and Allen Construction, LLC.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of July, 2005.

EMC PROPERTY & CASUALTY COMPANY

By: _Thomas O'Connell_

Underwriting Manager

cf

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY
                 C H A N G E   E N D O R S E M E N T
                                    *------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03   *    POLICY NUMBER    *
                                    * 2 K 0 - 7 2 - 4 2---03 *
        N A M E D   I N S U R E D :          *------------------------*
                                           P R O D U C E R :
- - - - - - - - - - - - - - - - - - -    - - - - - - - - - - - - - -
ARNBERG AND ALLEN                   THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                   3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY      PO BOX 11408
WETUMPKA AL 36093-3200              MONTGOMERY AL 36111-0408



                                    AGENT: HS-0532-6
    DIRECT BILL                     AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
           P L E A S E   R E A D   I T   C A R E F U L L Y.

     -------------------------------------------------------------

        *----------------------------------------------------*
        * ENDORSEMENT EFFECTIVE DATES: 11/25/02 TO 01/01/03 *
        *----------------------------------------------------*

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD AND
AGREED THAT LOCATION 008 IS DELETED FROM THIS POLICY IN ACCORDANCE WITH THE
ATTACHED SCHEDULE.
```

```
     ----------------------------------------------------------------

          ------------------------------------------
                   RETURN PREMIUM:    $
          ------------------------------------------
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 01/15/03      COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)     BPP        055      MA      2K07242  0312
```

**EMC** Insurance Companies

```
PAGE 2
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG AND ALLEN                   EFF DATE: 01/01/02    EXP DATE: 01/01/03

               C H A N G E   E N D O R S E M E N T
                         C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),
CG7001A(01/86)*, CG7003(10/01), CG7185(08/99), CG7315(10/01),
CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),
IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)

Refer to prior distribution(s) for any forms not attached
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 01/15/03          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)       BPP      055      MA      2K07242  0312
```

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL       EFF DATE: 11/25/02     EXP DATE: 01/01/03

           G E N E R A L   L I A B I L I T Y   S C H E D U L E
   --------------------------------------------------------------------------
                              ! PRODUCTS/COMPL OPS !     ALL OTHER
   CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM! RATE !ADVANCE PREM
   --------------------------------------------------------------------------
   LOCATION 008                 !        !         !       !
   63010                        !        !         !       !$
   DWELLINGS - ONE-FAMILY       !        !         !       !
   (LESSOR'S RISK ONLY)         !        !         !       !
     PREMIUM BASIS:             !        !         !       !
     UNIT                       !        !         !       !
     EXPOSURE:                  !        !         !       !
    (SUBLINE                    !        !         !       !
   --------------------------------------------------------------------------
                              ------------------------------------------------
                              TOTAL PREMIUM FOR CHANGES
                              ------------------------------------------------
```

(1)  OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
(3)  INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4)  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)          PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
     OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6)  FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF       PER CLAIM APPLIES
     UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

    LOC 001    55 EMERALD MOUNTAIN PKWY
               WETUMPKA, AL  36092


    LOC 002    15 MOUNTAIN VIEW DRIVE
               WETUMPKA, AL  36093


    LOC 003    140 POST OAK
               WETUMPKA, AL  36093


    LOC 004    5722 REDBARN ROAD
               MONTGOMERY, AL  36116


    LOC 007    69 RIVERBIRCH CIRCLE
               WETUMPKA, AL  36093


    LOC 009    59 RIVERBIRCH CR.
               WETUMPKA, AL  36093


DATE OF ISSUE: 01/15/03 BPP
FORM CG7001A  ED.01-86 BPP   02/07/02      055        MA       2K07242   0312

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                    *------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03    *      POLICY NUMBER     *
                                    * 2 K 0 - 7 2 - 4 2---03 *
                                    *------------------------*
```

N A M E D   I N S U R E D :                    P R O D U C E R :

ARNBERG AND ALLEN                      THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                      3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY         PO BOX 11408
WETUMPKA AL 36093-3200                 MONTGOMERY AL 36111-0408


                                       AGENT: HS-0532-6
    DIRECT BILL                        AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
        *----------------------------------------------------*
        * ENDORSEMENT EFFECTIVE DATES: 11/25/02 TO 01/01/03 *
        *----------------------------------------------------*
```

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS UNDERSTOOD AND AGREED THE
FOLLOWING ADDITIONAL INSURED AND FORM CG2026 IS DELETED:

                    BUCK AND RIKI FRANKLIN
                    90 HICKORY PLACE
                    WETUMPKA, AL. 36093-3744

```
        ----------------------------------------
        ADDITIONAL PREMIUM:    $
        ----------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 12/27/02         COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)       BPP        055       MA        2K07242  0311

**EMC** Insurance Companies

PAGE 2

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG AND ALLEN                    EFF DATE: 01/01/02    EXP DATE: 01/01/03
```

C H A N G E   E N D O R S E M E N T
C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),
CG7001A(01/86)*, CG7003(10/01), CG7185(08/99), CG7315(10/01),
CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),
IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)*

Refer to prior distribution(s) for any forms not attached
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 12/27/02          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)       BPP       055       MA       2K07242   0311
```


**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NUMBER: 2K0-72-42---03
ARNBERG AND ALLEN               EFF DATE: 11/25/02    EXP DATE: 01/01/03

              G E N E R A L    L I A B I L I T Y    P O L I C Y
                        D E C L A R A T I O N S
==============================================================================
                        ENDORSEMENT SCHEDULE

               EDITION
    FORM        DATE     DESCRIPTION/ADDITIONAL INFORMATION            PREMIUM
----------------------------------------------------------------------------
    CG0001      10-01    COMMERCIAL GEN LIABILITY COV FORM
    CG0300      01-96    DEDUCTIBLE LIABILITY INSURANCE
    CG2010      10-01    AI-OWNERS, LESSEES OR CONTRACTORS..
    CG2011      01-96    AI-MANAGERS OR LESSORS OF PREMISES
    CG2134      01-87    EXCL-DESIGNATED WORK
    CG2147      07-98    EXCL-EMPLOYMENT RELATED PRACTICES
    CG2150      09-89    AMENDMENT/LIQUOR LIABILITY EXCLUSION
    CG2160      09-98    EXCL-Y2K COMPUTER/ELECTRONIC PROBLEM
   *CG7001A     01-86    GENERAL LIABILITY SCHEDULE
    CG7003      10-01    GL QUICK REFERENCE (OCCURRENCE)
    CG7185      08-99    EXCLUSION - LEAD
    CG7315      10-01    CONTINUOUS OR PROGRESS INJ/DMG EXCL
    CG7422      08-00    EXCL INJ/DAMAGE FROM EARTH MOVEMENT
    CG7471      03-00    EXCL-DAMAGE TO WORK PERFORMED-SUBCON
    CG8231      10-01    IMPORTANT NOTICE TO POLICYHOLDERS
    IL0017      11-98    COMMON POLICY CONDITIONS
    IL0021      04-98    NUCLEAR ENERGY LIAB EXCL/BROAD FORM
    IL7028      08-99    ASBESTOS EXCLUSION
    IL7050      09-90    AUTOMATIC TERMINATION
   *IL7131A     04-01    COMM'L POLICY ENDORSEMENT SCHEDULE

    FORM(S) DELETED WITH THIS TRANSACTION:
    CG2026      11-85
```

```
DATE OF ISSUE: 12/27/02
FORM: IL7131A (ED. 04-01)
```

**EMC Insurance Companies**

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL          EFF DATE: 11/25/02  EXP DATE: 01/01/03
```

## G E N E R A L   L I A B I L I T Y   S C H E D U L E

| CODE NO./EXPOSURE/CLASSIFICATION | PRODUCTS/COMPL OPS | | ALL OTHER | |
|---|---|---|---|---|
| | RATE | ADVANCE PREM | RATE | ADVANCE PREM |
| LOCATION 008 | | | | |
| 63010 | | | | |
| DWELLINGS - ONE-FAMILY | | | | |
| (LESSOR'S RISK ONLY) | | | | |
| PREMIUM BASIS: | | | | |
| UNIT | | | | |
| EXPOSURE: | | | | |
| (SUBLINE | | | | |

TOTAL PREMIUM FOR CHANGES $

```
(1)  OTHER THAN NOT FOR PROFIT    (2)  NOT FOR PROFIT
(3)  INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4)  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)  A    PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
     OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6)  FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE (       PER CLAIM APPLIES
     UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
```

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

RATED LOCATIONS:

```
LOC 001    55 EMERALD MOUNTAIN PKWY
           WETUMPKA, AL  36092


LOC 002    15 MOUNTAIN VIEW DRIVE
           WETUMPKA, AL  36093


LOC 003    140 POST OAK
           WETUMPKA, AL  36093


LOC 004    5722 REDBARN ROAD
           MONTGOMERY, AL  36116


LOC 007    69 RIVERBIRCH CIRCLE
           WETUMPKA, AL  36093


LOC 008    90 HICKORY PLACE
           WETUMPKA, AL  36093-3744


LOC 009    59 RIVERBIRCH CR.
           WETUMPKA, AL  36093
```

```
DATE OF ISSUE: 12/27/02 BPP
FORM CG7001A   ED.01-86 BPP   02/07/02      055         MA      2K07242    0311
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                   *------------------------*
POLICY PERIOD: FROM 01/01/02 TO 01/01/03   *    POLICY NUMBER    *
                                   * 2 K 0 - 7 2 - 4 2---03 *
                                   *------------------------*
     N A M E D   I N S U R E D :            P R O D U C E R :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
ARNBERG AND ALLEN                    THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                    3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY       PO BOX 11408
WETUMPKA AL 36093-3200               MONTGOMERY AL 36111-0408
```

```
                                  AGENT: HS-0532-6
    DIRECT BILL                   AGENT PHONE: 334-277-8970
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
         P L E A S E   R E A D   I T   C A R E F U L L Y.

-----------------------------------------------------------------

```
     *-------------------------------------------------*
     * ENDORSEMENT EFFECTIVE DATES: 08/01/02 TO 01/01/03 *
     *-------------------------------------------------*
```

IN CONSIDERATION OF NO CHANGE IN PREMIUM, IT IS UNDERSTOOD AND AGREED
LOCATION 9 ADDRESS IS AMENDED TO READ:

                    59 RIVERBIRCH CIRCLE
                    WETUMPKA, AL. 36093

-----------------------------------------------------------------

```
          ------------------------------------------
          ADDITIONAL PREMIUM:    $
          ------------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 09/06/02          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)     BPP      055      MA      2K07242  0310

◢█ **EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                  *-----------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03    *       POLICY NUMBER    *
                                  * 2 K 0 - 7 2 - 4 2---03 *
                                  *-----------------------*
     N A M E D   I N S U R E D :          P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARNBERG AND ALLEN                 THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                 3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY    PO BOX 11408
WETUMPKA AL 36093-3200            MONTGOMERY AL 36111-0408



                                  AGENT: HS-0532-6
   DIRECT BILL                    AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
     *-------------------------------------------------*
     * ENDORSEMENT EFFECTIVE DATES: 08/01/02 TO 01/01/03 *
     *-------------------------------------------------*
```

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN, IT IS UNDERSTOOD AND
AGREED LOCATION 009 IS ADDED IN ACCORDANCE WITH THE ATTACHED SCHEDULE.

```
     -------------------------------------
     ADDITIONAL PREMIUM:   $
     -------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 08/13/02        COUNTERSIGNED BY:                (CONTINUED)
FORM: IL1201A (ED. 01-86)        BPP        055        MA        2K07242   0309

**EMC Insurance Companies**

PAGE 2

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG AND ALLEN                    EFF DATE: 01/01/02    EXP DATE: 01/01/03
```

```
                 C H A N G E   E N D O R S E M E N T
                        C O N T I N U E D
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2026(11/85), CG2134(01/87), CG2147(07/98), CG2150(09/89),
CG2160(09/98), CG7001A(01/86)*, CG7003(10/01), CG7185(08/99),
CG7315(10/01), CG7422(08/00), CG7471(03/00), CG8231(10/01),
IL0017(11/98), IL0021(04/98), IL7028(08/99), IL7050(09/90),
IL7131A(04/01)

Refer to prior distribution(s) for any forms not attached
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 08/13/02            COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP        055        MA        2K07242    0309
```

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL           EFF DATE: 08/01/02      EXP DATE: 01/01/03

               G E N E R A L   L I A B I L I T Y   S C H E D U L E
  -----------------------------------------------------------------------------
                                   ! PRODUCTS/COMPL OPS !     ALL OTHER
  CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM!  RATE !ADVANCE PREM
  -----------------------------------------------------------------------------
  LOCATION 009                      !      !        !        !        !
  63010                             !      !        !
  DWELLINGS - ONE-FAMILY            !      !        !        !        !
  (LESSOR'S RISK ONLY)              !      !        !        !        !
    PREMIUM BASIS:                  !      !        !        !        !
    DWELLING                        !      !        !        !        !
    EXPOSURE:                       !      !        !        !        !
   (SUBLINE                         !      !        !        !        !
  -----------------------------------------------------------------------------
                                   -----------------------------------------
                               TOTAL PREMIUM FOR CHANGES $
                                   -----------------------------------------
(1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)       PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
        OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF          CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

   LOC 001    55 EMERALD MOUNTAIN PKWY
              WETUMPKA, AL  36092

   LOC 002    15 MOUNTAIN VIEW DRIVE
              WETUMPKA, AL  36093

   LOC 003    140 POST OAK
              WETUMPKA, AL  36093

   LOC 004    5722 REDBARN ROAD
              MONTGOMERY, AL  36116

   LOC 007    69 RIVERBIRCH CIRCLE
              WETUMPKA, AL  36093

   LOC 008    90 HICKORY PLACE
              WETUMPKA, AL  36093-3744

   LOC 009    1908 RIVERBIRCH CR.
              WETUMPKA, AL  36093

DATE OF ISSUE: 08/13/02 BPP
FORM CG7001A  ED.01-86 BPP   02/07/02      055        MA        2K07242   0309
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                *-----------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03   *      POLICY NUMBER   *
                                * 2 K 0 - 7 2 - 4 2---03 *
                                *-----------------------*
```

N A M E D   I N S U R E D :                P R O D U C E R :

```
ARNBERG AND ALLEN                   THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                   3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY      PO BOX 11408
WETUMPKA AL 36093-3200              MONTGOMERY AL 36111-0408
```

```
                                    AGENT: HS-0532-6
   DIRECT BILL                      AGENT PHONE: 334-277-8970
```

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
        *--------------------------------------------*
        * ENDORSEMENT EFFECTIVE DATES: 06/21/02 TO 01/01/03 *
        *--------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS UNDERSTOOD AND AGREED
THE FOLLOWING LOCATION IS DELETED.

LOC. 006 - 1245 EMERAL MOUNTAIN PKWY.
          WETUMPKA, AL. 36093

```
        ------------------------------------------
                    RETURN PREMIUM:   $
        ------------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 07/02/02          COUNTERSIGNED BY:          (CONTINUED)
FORM: IL1201A (ED. 01-86)       BPP      055      MA       2K07242  0308

**EMC** Insurance Companies

PAGE 2

```
EMC PROPERTY & CASUALTY COMPANY                      POLICY NO: 2K0-72-42---03
ARNBERG AND ALLEN                     EFF DATE: 01/01/02    EXP DATE: 01/01/03

                    C H A N G E   E N D O R S E M E N T
                          C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2026(11/85), CG2134(01/87), CG2147(07/98), CG2150(09/89),
CG2160(09/98), CG7001A(01/86), CG7003(10/01), CG7185(08/99),
CG7315(10/01), CG7422(08/00), CG7471(03/00), CG8231(10/01),
IL0017(11/98), IL0021(04/98), IL7028(08/99), IL7050(09/90),
IL7131A(04/01)
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 07/02/02            COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)         BPP        055        MA        2K07242   0308
```

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL          EFF DATE: 06/21/02    EXP DATE: 01/01/03

              G E N E R A L   L I A B I L I T Y   S C H E D U L E
    -----------------------------------------------------------------------
                                    ! PRODUCTS/COMPL OPS !     ALL OTHER
    CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM! RATE !ADVANCE PREM
    -----------------------------------------------------------------------
    LOCATION 006                     !      !            !      !          ---
    63010                            !      !            !      !
    DWELLINGS - ONE-FAMILY           !      !            !      !
    (LESSOR'S RISK ONLY)             !      !            !      !
     PREMIUM BASIS:                  !      !            !      !
     DWELLING                        !      !            !      !
     EXPOSURE:                       !      !            !      !
     (SUBLINE                        !      !            !      !
    -----------------------------------------------------------------------
                                ----------------------------------------------
                                 TOTAL PREMIUM FOR CHANGES
                                ----------------------------------------------
    (1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
    (3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
    (4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
    (5       PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
         OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
    (6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
        UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

    LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

      RATED LOCATIONS:

      LOC 001    55 EMERALD MOUNTAIN PKWY
                 WETUMPKA, AL  36092


      LOC 002    15 MOUNTAIN VIEW DRIVE
                 WETUMPKA, AL  36093


      LOC 003    140 POST OAK
                 WETUMPKA, AL  36093


      LOC 004    5722 REDBARN ROAD
                 MONTGOMERY, AL  36116


      LOC 007    69 RIVERBIRCH CIRCLE
                 WETUMPKA, AL  36093


      LOC 008    90 HICKORY PLACE
                 WETUMPKA, AL  36093-3744




    DATE OF ISSUE: 07/02/02 BPP
    FORM CG7001A  ED.01-86 BPP    02/07/02      055         MA      2K07242   0308
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

## C H A N G E   E N D O R S E M E N T

```
                                          *---------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03   *      POLICY NUMBER      *
                                          * 2 K 0 - 7 2 - 4 2---03 *
      N A M E D   I N S U R E D :              *---------------------------*
- - - - - - - - - - - - - - - - - -        P R O D U C E R :
ARNBERG AND ALLEN                          THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                          3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY             PO BOX 11408
WETUMPKA AL 36093-3200                     MONTGOMERY AL 36111-0408



                                           AGENT: HS-0532-6
   DIRECT BILL                             AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

   T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
          P L E A S E   R E A D   I T   C A R E F U L L Y.

```
      -------------------------------------------------------------

          *-------------------------------------------------*
          * ENDORSEMENT EFFECTIVE DATES: 06/05/02 TO 01/01/03 *
          *-------------------------------------------------*
```

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN, IT IS HEREBY UNDERSTOOD
AND AGREED THAT LOCATION 008 AND THE FOLLOWING ADDITIONAL INSURED IS ADDED
TO THIS POLICY IN ACCORDANCE WITH THE ATTACHED SCHEDULE AND FORM CG2026:

```
        CG2026 - BUCK AND RIKI FRANKLIN
                 90 HICKORY PLACE
                 WETUMPKA,  AL  36093-3744
```

```
      -------------------------------------------------------------


              ---------------------------------------
              ADDITIONAL PREMIUM:   $
              ---------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 06/18/02          COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)       BPP        055      MA      2K07242  0307

**EMC** Insurance Companies

PAGE 2

```
EMC PROPERTY & CASUALTY COMPANY            POLICY NO: 2K0-72-42---03
ARNBERG AND ALLEN                EFF DATE: 01/01/02   EXP DATE: 01/01/03


              C H A N G E   E N D O R S E M E N T
                      C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2026(11/85), CG2134(01/87), CG2147(07/98), CG2150(09/89),
CG2160(09/98), CG7001A(01/86), CG7003(10/01), CG7185(08/99),
CG7315(10/01), CG7422(08/00), CG7471(03/00), CG8231(10/01),
IL0017(11/98), IL0021(04/98), IL7028(08/99), IL7050(09/90),
IL7131A(04/01)
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 06/18/02          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)     BPP      055      MA      2K07242   0307
```

**EMC Insurance Companies**

```
EMC PROPERTY & CASUALTY COMPANY                POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL          EFF DATE: 06/05/02    EXP DATE: 01/01/03
```

### G E N E R A L   L I A B I L I T Y   S C H E D U L E

| CODE NO./EXPOSURE/CLASSIFICATION | ! PRODUCTS/COMPL OPS ! | | ALL OTHER | |
|---|---|---|---|---|
| | ! RATE !ADVANCE PREM! | | RATE !ADVANCE PREM | |
| LOCATION 008 | ! ! | ! | ! | |
| 63010 | ! ! | | | |
| DWELLINGS - ONE-FAMILY | ! ! | ! | ! | |
| (LESSOR'S RISK ONLY) | ! ! | ! | ! | |
|   PREMIUM BASIS: | ! ! | ! | ! | |
|   UNIT | ! ! | ! | ! | |
|   EXPOSURE: | ! ! | ! | ! | |
|   (SUBLINE | ! ! | ! | ' | |
| ADDITIONAL INTEREST          ) | ! ! | ! | _. | |
|   BUCK & RIKI FRANKLIN  CG2026 | ! ! | ! | ! | |
|   DESIGNATED PERSON | ! ! | ! | ! | |

```
                          TOTAL PREMIUM FOR CHANGES $
```

(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)       PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
     OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF     PER CLAIM APPLIES
     UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
           WETUMPKA, AL  36092

  LOC 002    15 MOUNTAIN VIEW DRIVE
           WETUMPKA, AL  36093

  LOC 003    140 POST OAK
           WETUMPKA, AL  36093

  LOC 004    5722 REDBARN ROAD
           MONTGOMERY, AL  36116

  LOC 006    1245 EMERAL MOUNTAIN PKWY.
           WETUMPKA, AL  36093

  LOC 007    69 RIVERBIRCH CIRCLE
           WETUMPKA, AL  36093

DATE OF ISSUE: 06/18/02 BPP                              (CONTINUED)
FORM CG7001A ED.01-86 BPP    02/07/02    055    MA    2K07242  0307
```

**EMC** Insurance Companies

PAGE    2

EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL              EFF DATE: 06/05/02      EXP DATE: 01/01/03

G E N E R A L   L I A B I L I T Y   S C H E D U L E
( C O N T I N U E D )
-----------------------------------------------------------------------

    LOC 008    90 HICKORY PLACE
               WETUMPKA, AL  36093-3744

DATE OF ISSUE: 06/18/02 BPP
FORM CG7001A   ED.01-86 BPP    02/07/02      055        MA      2K07242   0307

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED—DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:**



(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

Copyright, Insurance Services Office, Inc., 1984

☐

**◢◤EMC Insurance Companies**

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                              *------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03    *       POLICY NUMBER     *
                              * 2 K 0 - 7 2 - 4 2 - - - 0 3 *
                              *------------------------*
        N A M E D   I N S U R E D :          P R O D U C E R :
```

ARNBERG AND ALLEN                    THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                    3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY       PO BOX 11408
WETUMPKA AL 36093-3200               MONTGOMERY AL 36111-0408

                                     AGENT: HS-0532-6
    DIRECT BILL                      AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y .
        P L E A S E   R E A D   I T   C A R E F U L L Y .

```
    *---------------------------------------------------*
    * ENDORSEMENT EFFECTIVE DATES: 05/01/02 TO 01/01/03 *
    *---------------------------------------------------*
```

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN, IT IS UNDERSTOOD AND
AGREED LOCATION 7 IS ADDED IN ACCORDANCE WITH THE ATTACHED SCHEDULE.

```
    ---------------------------------------------
    ADDITIONAL PREMIUM:   $
    ---------------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 06/07/02        COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)      BPP        055       MA        2K07242   0306

**EMC** Insurance Companies

```
PAGE 2
┌──────────────────────────────────────────────────────────────────────┐
│ EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03 │
│ ARNBERG AND ALLEN              EFF DATE: 01/01/02   EXP DATE: 01/01/03 │
│             C H A N G E   E N D O R S E M E N T                        │
│                   C O N T I N U E D                                    │
│ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -│
│                                                                        │
│ FORMS APPLICABLE:                                                      │
│ CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),            │
│ CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),            │
│ CG7001A(01/86), CG7003(10/01), CG7185(08/99), CG7315(10/01),           │
│ CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),            │
│ IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)            │
│                                                                        │
│                                                                        │
│ AUDIT FREQUENCY: ANNUAL                                                │
│                                                                        │
│ PLACE OF ISSUE: BIRMINGHAM, AL                                         │
│ DATE OF ISSUE: 06/07/02           COUNTERSIGNED BY:                    │
│ FORM: IL1201A (ED. 01-86)      BPP      055     MA     2K07242  0306   │
└──────────────────────────────────────────────────────────────────────┘
```

**EMC Insurance Companies**

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL        EFF DATE: 05/01/02    EXP DATE: 01/01/03

          G E N E R A L   L I A B I L I T Y   S C H E D U L E
-----------------------------------------------------------------------
                              ! PRODUCTS/COMPL OPS !    ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM! RATE !ADVANCE PREM
-----------------------------------------------------------------------
LOCATION 007                  !      !      !      !
63010                         !      !      !      !       }
DWELLINGS - ONE-FAMILY        !      !      !      !
(LESSOR'S RISK ONLY)          !      !      !      !
  PREMIUM BASIS:              !      !      !      !
  DWELLING                    !      !      !      !
  EXPOSURE:                   !      !      !      !
 (SUBLINE                     !      !      !      !
-----------------------------------------------------------------------
                              -----------------------------------------
                              TOTAL PREMIUM FOR CHANGES $
                              -----------------------------------------
(1) OTHER THAN NOT FOR PROFIT   (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
         PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      _ER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001   55 EMERALD MOUNTAIN PKWY
            WETUMPKA, AL  36092

  LOC 002   15 MOUNTAIN VIEW DRIVE
            WETUMPKA, AL  36093

  LOC 003   140 POST OAK
            WETUMPKA, AL  36093

  LOC 004   5722 REDBARN ROAD
            MONTGOMERY, AL  36116

  LOC 006   1245 EMERAL MOUNTAIN PKWY.
            WETUMPKA, AL  36093

  LOC 007   69 RIVERBIRCH CIRCLE
            WETUMPKA, AL  36093

DATE OF ISSUE: 06/07/02 BPP
FORM CG7001A  ED.01-86 BPP    02/07/02    055      MA    2K07242   0306
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                        *------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03   *      POLICY NUMBER    *
                                        * 2 K 0 - 7 2 - 4 2---03 *
                                        *------------------------*
     N A M E D   I N S U R E D :              P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARNBERG AND ALLEN                      THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                      3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY         PO BOX 11408
WETUMPKA AL 36093-3200                 MONTGOMERY AL 36111-0408



                                       AGENT: HS-0532-6
    DIRECT BILL                        AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
     *--------------------------------------------------*
     * ENDORSEMENT EFFECTIVE DATES: 01/01/02 TO 02/14/02 *
     *--------------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS UNDERSTOOD AND AGREED
CLASS 91580 IS DELETED AND EXPOSURE FOR CLASS 91340 AND CLASS 97047 IS
DELETED IN ACCORDANCE WITH THE ATTACHED SCHEDULE.

```
          ----------------------------------------
                    RETURN PREMIUM:   $
          ----------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 06/07/02          COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)        BPP        055       MA        2K07242   0305M

**EMC Insurance Companies**

EMC PROPERTY & CASUALTY COMPANY

C H A N G E   E N D O R S E M E N T

```
                                    *------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03   *     POLICY NUMBER    *
                                    * 2 K 0 - 7 2 - 4 2---03 *
                                    *------------------------*
```

N A M E D   I N S U R E D :              P R O D U C E R :

ARNBERG AND ALLEN                 THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                 3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY    PO BOX 11408
WETUMPKA AL 36093-3200            MONTGOMERY AL 36111-0408


                                  AGENT: HS-0532-6
   DIRECT BILL                    AGENT PHONE: 334-277-8970

T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
P L E A S E   R E A D   I T   C A R E F U L L Y.

```
        *--------------------------------------------------*
        * ENDORSEMENT EFFECTIVE DATES: 02/14/02 TO 01/01/03 *
        *--------------------------------------------------*
```

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS UNDERSTOOD AND AGREED
CLASS 91580 IS DELETED AND EXPOSURE FOR CLASS 91340 AND CLASS 97047 IS
AMENDED IN ACCORDANCE WITH THE ATTACHED SCHEDULE.

```
        ------------------------------------------
                  RETURN PREMIUM:    $
        ------------------------------------------
```

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 06/07/02        COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)        BPP        055        MA        2K07242   0304

**EMC** Insurance Companies

PAGE 2

| | |
|---|---|
| EMC PROPERTY & CASUALTY COMPANY | POLICY NO: 2K0-72-42---03 |
| ARNBERG AND ALLEN | EFF DATE: 01/01/02    EXP DATE: 01/01/03 |

## C H A N G E   E N D O R S E M E N T
### C O N T I N U E D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),
CG7001A(01/86), CG7003(10/01), CG7185(08/99), CG7315(10/01),
CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),
IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 06/07/02          COUNTERSIGNED BY:

| | | | | | |
|---|---|---|---|---|---|
| FORM: IL1201A (ED. 01-86) | BPP | 055 | MA | 2K07242 | 0304 |

**EMC Insurance Companies**

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL        EFF DATE: 02/14/02   EXP DATE: 01/01/03
```

### G E N E R A L   L I A B I L I T Y   S C H E D U L E

| CODE NO./EXPOSURE/CLASSIFICATION | PRODUCTS/COMPL OPS | | ALL OTHER | |
|---|---|---|---|---|
| | RATE | ADVANCE PREM | RATE | ADVANCE PREM |
| **LOCATION 001** | | | | |
| 91340 | | | | |
| CARPENTRY - CONSTRUCTION OF | | | | |
| RESIDENTIAL PROPERTY NOT EXCEEDING | | | | |
| THREE STORIES IN HEIGHT | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF PAYROLL | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE | | | | |
|     DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |
|     DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR PROD/COMPL OPS | | | | |
| **LOCATION 001** | | | | |
| 91580 | | | | |
| CONTRACTORS - EXECUTIVE SUPERVISORS | | | | |
| OR EXECUTIVE SUPERINTENDENTS | | | | |
| (4) | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF PAYROLL | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE | | | | |
|     DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |
| **LOCATION 001** | | | | |
| 97047 | | | | |
| LANDSCAPE GARDENING  (4) | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF PAYROLL | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE | | | | |
|   ) DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |

```
DATE OF ISSUE: 06/07/02 BPP                              (CONTINUED)
FORM CG7001A  ED.01-86 BPP    02/07/02      055      MA    2K07242  0304
```

**EMC** Insurance Companies

```
PAGE    2
EMC PROPERTY & CASUALTY COMPANY                      POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL              EFF DATE: 02/14/02      EXP DATE: 01/01/03

              G E N E R A L   L I A B I L I T Y   S C H E D U L E
                            ( C O N T I N U E D )
 ----------------------------------------------------------------------------
 ----------------------------------------------------------------------------
                         TOTAL PREMIUM FOR CHANGES $
 ----------------------------------------------------------------------------
(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)      PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

   LOC 001    55 EMERALD MOUNTAIN PKWY
              WETUMPKA, AL   36092


   LOC 002    15 MOUNTAIN VIEW DRIVE
              WETUMPKA, AL   36093


   LOC 003    140 POST OAK
              WETUMPKA, AL   36093


   LOC 004    5722 REDBARN ROAD
              MONTGOMERY, AL   36116


   LOC 006    1245 EMERAL MOUNTAIN PKWY.
              WETUMPKA, AL   36093
```

```
DATE OF ISSUE: 06/07/02 BPP
FORM CG7001A  ED.01-86 BPP    02/07/02        055        MA        2K07242    0304
```

EMC PROPERTY & CASUALTY COMPANY

## C H A N G E   E N D O R S E M E N T

POLICY PERIOD: FROM 01/01/02 TO 01/01/03

```
*-----------------------*
*     POLICY NUMBER     *
* 2 K 0 - 7 2 - 4 2---03 *
*-----------------------*
```

N A M E D   I N S U R E D :       P R O D U C E R :

ARNBERG AND ALLEN
CONSTRUCTION, LLC
55 EMERALD MOUNTAIN EXPRESSWAY
WETUMPKA AL 36093-3200

THOMPSON INSURANCE, INC.
3300 GATSBY LN
PO BOX 11408
MONTGOMERY AL 36111-0408

DIRECT BILL

AGENT: HS-0532-6
AGENT PHONE: 334-277-8970

### T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.   P L E A S E   R E A D   I T   C A R E F U L L Y.

```
*----------------------------------------------------*
* ENDORSEMENT EFFECTIVE DATES: 02/14/02 TO 01/01/03 *
*----------------------------------------------------*
```

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN, IT IS UNDERSTOOD AND
AGREED LOCATION 6 IS ADDED IN ACCORDANCE WITH THE ATTACHED SCHEDULE.

ADDITIONAL PREMIUM:   $

AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 03/19/02

COUNTERSIGNED BY:       (CONTINUED)

FORM: IL1201A (ED. 01-86)      BPP      055      MA      2K07242   0303

**EMC** Insurance Companies

```
PAGE 2
-------------------------------------------------------------------------
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG AND ALLEN                      EFF DATE: 01/01/02    EXP DATE: 01/01/03

                    C H A N G E   E N D O R S E M E N T
                           C O N T I N U E D
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORMS APPLICABLE:
CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),
CG7001A(01/86), CG7003(10/01), CG7185(08/99), CG7315(10/01),
CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),
IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)
```

```
AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 03/19/02            COUNTERSIGNED BY:
FORM: IL1201A (ED. 01-86)      BPP      055      MA        2K07242   0303
```

**◢◤ EMC Insurance Companies**

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL           EFF DATE: 02/14/02    EXP DATE: 01/01/03

           G E N E R A L   L I A B I L I T Y   S C H E D U L E
-----------------------------------------------------------------------------
                              ! PRODUCTS/COMPL OPS !      ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION ! RATE !ADVANCE PREM!  RATE !ADVANCE PREM
-----------------------------------------------------------------------------
LOCATION 006                     !      !           !      !
63010                            !      !           !      !
DWELLINGS - ONE-FAMILY           !      !           !      !
(LESSOR'S RISK ONLY              !      !           !  !   !
  PREMIUM BASIS:                 !      !           !  !   !
  DWELLING                       !      !           !  !   !
  EXPOSURE:                      !      !           !  !   !
 (SUBLINE                        !      !           !  !   !
-----------------------------------------------------------------------------
                          -------------------------------------------------
                          TOTAL PREMIUM FOR CHANGES $        ....)
                          -------------------------------------------------
(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(5)      PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
             WETUMPKA, AL  36092


  LOC 002    15 MOUNTAIN VIEW DRIVE
             WETUMPKA, AL  36093


  LOC 003    140 POST OAK
             WETUMPKA, AL  36093


  LOC 004    5722 REDBARN ROAD
             MONTGOMERY, AL  36116


  LOC 006    1245 EMERAL MOUNTAIN PKWY.
             WETUMPKA, AL  36093
```

```
DATE OF ISSUE: 03/19/02 BPP
FORM CG7001A  ED.01-86 BPP   02/07/02      055        MA       2K07242   0303
```

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY
                  C H A N G E   E N D O R S E M E N T
                                    *----------------------------*
POLICY PERIOD:  FROM  01/01/02  TO  01/01/03   *      POLICY NUMBER    *
                                    * 2 K 0 - 7 2 - 4 2 - - - 03 *
                                    *----------------------------*
       N A M E D   I N S U R E D :            P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARNBERG AND ALLEN                    THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                    3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY       PO BOX 11408
WETUMPKA AL 36093-3200               MONTGOMERY AL 36111-0408



                                     AGENT: HS-0532-6
     DIRECT BILL                     AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
            P L E A S E   R E A D   I T   C A R E F U L L Y.

   -----------------------------------------------------------------

       *------------------------------------------------*
       * ENDORSEMENT EFFECTIVE DATES: 01/24/02 TO 01/01/03 *
       *------------------------------------------------*

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN, IT IS UNDERSTOOD AND AGREED
THE FOLLOWING LOCATION IS DELETED:

LOC.005 - 377 RIVERBIRCH CIRCLE
          WETUMPKA, AL. 36093




          ---------------------------------------------------------

          ---------------------------------------------
                  RETURN PREMIUM:   $
          ---------------------------------------------




AUDIT FREQUENCY: ANNUAL

PLACE OF ISSUE: BIRMINGHAM, AL
DATE OF ISSUE: 02/27/02      COUNTERSIGNED BY:          (CONTINUED)
FORM: IL1201A (ED. 01-86)      BPP      055      MA      2K07242   0302
```

**EMC** Insurance Companies

```
PAGE 2
┌─────────────────────────────────────────────────────────────────────────┐
│ EMC PROPERTY & CASUALTY COMPANY          POLICY NO: 2K0-72-42---03        │
│ ARNBERG AND ALLEN                EFF DATE: 01/01/02   EXP DATE: 01/01/03   │
│                                                                           │
│              C H A N G E   E N D O R S E M E N T                          │
│                    C O N T I N U E D                                      │
│ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   │
│                                                                           │
│ FORMS APPLICABLE:                                                         │
│ CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),               │
│ CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),               │
│ CG7001A(01/86), CG7003(10/01), CG7185(08/99), CG7315(10/01),              │
│ CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),               │
│ IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)               │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│                                                                           │
│ AUDIT FREQUENCY: ANNUAL                                                   │
│                                                                           │
│ PLACE OF ISSUE: BIRMINGHAM, AL                                            │
│ DATE OF ISSUE: 02/27/02            COUNTERSIGNED BY:                       │
│ FORM: IL1201A (ED. 01-86)      BPP      055      MA      2K07242   0302    │
└─────────────────────────────────────────────────────────────────────────┘
```

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL          EFF DATE: 01/24/02      EXP DATE: 01/01/03

            G E N E R A L   L I A B I L I T Y   S C H E D U L E
-----------------------------------------------------------------------------
                              ! PRODUCTS/COMPL OPS !    ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION !  RATE !ADVANCE PREM!  RATE !ADVANCE PREM
-----------------------------------------------------------------------------
LOCATION 005                  !      !           !      !
63010                         !      !           !      !$          )
DWELLINGS - ONE-FAMILY        !      !           !      !
(LESSOR'S RISK ONLY)          !      !           !      !
  PREMIUM BASIS:              !      !           !      !
  DWELLING                    !      !           !      !
  EXPOSURE:                   !      !           !      !
  (SUBLINE                    !      !           !      !
$       DEDUCTIBLE APPLIES TO PD !   !           !      !
PER CLAIM FOR OTHER THAN      !      !           !      !
PROD/COMPL OPS                !      !           !      !
-----------------------------------------------------------------------------
                              -----------------------------------------------
                              TOTAL PREMIUM FOR CHANGES $
                              -----------------------------------------------
(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
         PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
    OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE

LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

  LOC 001    55 EMERALD MOUNTAIN PKWY
             WETUMPKA, AL  36092


  LOC 002    15 MOUNTAIN VIEW DRIVE
             WETUMPKA, AL  36093


  LOC 003    140 POST OAK
             WETUMPKA, AL  36093


  LOC 004    5722 REDBARN ROAD
             MONTGOMERY, AL  36116
```

```
DATE OF ISSUE: 02/27/02 BPP
FORM CG7001A  ED.01-86 BPP    02/07/02       055        MA      2K07242  0302
```

**EMC** Insurance Companies

EMC PROPERTY & CASUALTY COMPANY                    PRIOR POLICY: 2D0-72-42

G E N E R A L   L I A B I L I T Y   D E C L A R A T I O N S

```
                                        *----------------------*
POLICY PERIOD: FROM  01/01/02 TO  01/01/03   *    POLICY NUMBER      *
                                        * 2 K 0 - 7 2 - 4 2---03 *
                                        *----------------------*
```

N A M E D   I N S U R E D:                    P R O D U C E R:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARNBERG AND ALLEN                      THOMPSON INSURANCE, INC.
CONSTRUCTION, LLC                      3300 GATSBY LN
55 EMERALD MOUNTAIN EXPRESSWAY         PO BOX 11408
WETUMPKA AL 36093-3200                 MONTGOMERY AL 36111-0408


                                       AGENT: HS-0532-6
     DIRECT BILL                       AGENT PHONE: 334-277-8970
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
INSURED IS: LLC              BUSINESS DESC: HOME BUILDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
              L I M I T S   O F   I N S U R A N C E

EACH OCCURRENCE LIMIT                    $
   DAMAGE TO PREMISES RENTED TO YOU LIMIT   $              ANY ONE PREMISES
   MEDICAL EXPENSE LIMIT                    $              ANY ONE PERSON

PERSONAL AND ADVERTISING INJURY LIMIT       $             ANY ONE PERSON OR
                                                          ORGANIZATION

GENERAL AGGREGATE LIMIT                             $
PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT       $
-----------------------------------------------------------------------
    C O V E R A G E S   P R O V I D E D              P R E M I U M
    ------------------------------------             -------------
    PRODUCTS/COMPLETED OPERATIONS                        $
    OTHER THAN PRODUCTS/COMPLETED OPERATIONS             $
                      ------------------------------------------------
                      TOTAL ESTIMATED POLICY PREMIUM   $
                      ------------------------------------------------




---------------------------------------------------------------
             SEE ATTACHED SCHEDULE FOR LOCATION
         OF ALL PREMISES OWNED, RENTED OR OCCUPIED.
---------------------------------------------------------------
FORMS APPLICABLE:
         CG0001(10/01), CG0300(01/96), CG2010(10/01), CG2011(01/96),
         CG2134(01/87), CG2147(07/98), CG2150(09/89), CG2160(09/98),
         CG7001A(01/86), CG7003(10/01), CG7185(08/99), CG7315(10/01),
         CG7422(08/00), CG7471(03/00), CG8231(10/01), IL0017(11/98),
         IL0021(04/98), IL7028(08/99), IL7050(09/90), IL7131A(04/01)


AUDIT PERIOD: ANNUAL
```

DATE OF ISSUE: 02/08/02 BPP
FORM CG7000A  ED. 08-99 BPP  02/07/02      055        MA      2K07242   0301

**EMC** Insurance Companies

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NUMBER: 2K0-72-42---03
ARNBERG AND ALLEN                     EFF DATE: 01/01/02    EXP DATE: 01/01/03

            G E N E R A L   L I A B I L I T Y   P O L I C Y
                      D E C L A R A T I O N S
==============================================================================
                           ENDORSEMENT SCHEDULE


               EDITION
   FORM        DATE      DESCRIPTION/ADDITIONAL INFORMATION            PREMIUM
-------------------------------------------------------------------------------
   CG0001      10-01     COMMERCIAL GEN LIABILITY COV FORM
   CG0300      01-96     DEDUCTIBLE LIABILITY INSURANCE
   CG2010      10-01     AI-OWNERS, LESSEES OR CONTRACTORS..
   CG2011      01-96     AI-MANAGERS OR LESSORS OF PREMISES
   CG2134      01-87     EXCL-DESIGNATED WORK
   CG2147      07-98     EXCL-EMPLOYMENT RELATED PRACTICES
   CG2150      09-89     AMENDMENT/LIQUOR LIABILITY EXCLUSION
   CG2160      09-98     EXCL-Y2K COMPUTER/ELECTRONIC PROBLEM
   CG7001A     01-86     GENERAL LIABILITY SCHEDULE
   CG7003      10-01     GL QUICK REFERENCE (OCCURRENCE)
   CG7185      08-99     EXCLUSION - LEAD
   CG7315      10-01     CONTINUOUS OR PROGRESS INJ/DMG EXCL
   CG7422      08-00     EXCL INJ/DAMAGE FROM EARTH MOVEMENT
   CG7471      03-00     EXCL-DAMAGE TO WORK PERFORMED-SUBCON
   CG8231      10-01     IMPORTANT NOTICE TO POLICYHOLDERS
   IL0017      11-98     COMMON POLICY CONDITIONS
   IL0021      04-98     NUCLEAR ENERGY LIAB EXCL/BROAD FORM
   IL7028      08-99     ASBESTOS EXCLUSION
   IL7050      09-90     AUTOMATIC TERMINATION
   IL7131A     04-01     COMM'L POLICY ENDORSEMENT SCHEDULE




DATE OF ISSUE: 02/08/02
FORM: IL7131A (ED. 04-01)        BPP        055       MA        2K07242   0301
```

**EMC Insurance Companies**

```
EMC PROPERTY & CASUALTY COMPANY              POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL          EFF DATE: 01/01/02   EXP DATE: 01/01/03

            G E N E R A L   L I A B I L I T Y   S C H E D U L E
-----------------------------------------------------------------------------
                               ! PRODUCTS/COMPL OPS !    ALL OTHER
CODE NO./EXPOSURE/CLASSIFICATION! RATE !ADVANCE PREM!  RATE !ADVANCE PREM
-----------------------------------------------------------------------------
LOCATION 001                    !      !            !       !
87557
CONTRACTOR - SUBCONTRACTED WORK:!      !            !       !
RATED AS INSURED SUBCONTRACTORS !      !            !       !
                                !      !            !       !
  PREMIUM BASIS:                !      !            !       !
  THOUSANDS OF TOTAL COST        !      !            !       !
  EXPOSURE:           )          !      !            !       !
 (SUBLINE                        !      !            !       !
ADDITIONAL INTEREST              !      !            !
  CITY OF WETUMPKA               !      !            !       !
  OWNERS,LESS,OR CONTR           !      !            !       !
       DEDUCTIBLE APPLIES TO PD  !      !            !       !
PER CLAIM FOR OTHER THAN         !      !            !       !
PROD/COMPL OPS                   !      !            !       !
       DEDUCTIBLE APPLIES TO PD  !      !            !       !
PER CLAIM FOR PROD/COMPL OPS     !      !            !       !
-----------------------------------------------------------------------------
87558                            !      !
CONTRACTOR - SUBCONTRACTED WORK: !      !            !       !
RATED AS UNINSURED SUBCONTRACTORS!      !            !       !
INCLUDING LABOR AND MATERIALS    !      !            !       !
  PREMIUM BASIS:                 !      !            !       !
  THOUSANDS OF TOTAL COST         !      !            !       !
  EXPOSURE:                       !      !            !       !
 (SUBLINE                         !      !            !       !
        DEDUCTIBLE APPLIES TO PD  !      !            !       !
PER CLAIM FOR OTHER THAN          !      !            !       !
PROD/COMPL OPS                    !      !            !       !
       DEDUCTIBLE APPLIES TO PD   !      !            !       !
PER CLAIM FOR PROD/COMPL OPS      !      !            !       !
-----------------------------------------------------------------------------
87559                            !
CONTRACTOR - SUBCONTRACTED WORK: !      !            !       !
RATED AS UNINSURED SUBCONTRACTORS!      !            !       !
INCLUDING LABOR ONLY             !      !            !       !
  PREMIUM BASIS:                 !      !            !       !
  THOUSANDS OF TOTAL COST         !      !            !       !
  EXPOSURE:                       !      !            !       !
 (SUBLINE             )           !      !            !       !
        DEDUCTIBLE APPLIES TO PD  !      !            !       !
PER CLAIM FOR OTHER THAN          !      !            !       !
PROD/COMPL OPS                    !      !            !       !
       DEDUCTIBLE APPLIES TO PD   !      !            !       !
PER CLAIM FOR PROD/COMPL OPS      !      !            !       !
-----------------------------------------------------------------------------


DATE OF ISSUE: 02/08/02 BPP                              (CONTINUED)
FORM CG7001A  ED.01-86 BPP    02/07/02      055        MA      2K07242   0301
```

**EMC Insurance Companies**

PAGE    2

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL            EFF DATE: 01/01/02    EXP DATE: 01/01/03
```

G E N E R A L   L I A B I L I T Y   S C H E D U L E
( C O N T I N U E D )

| CODE NO./EXPOSURE/CLASSIFICATION | PRODUCTS/COMPL OPS | | ALL OTHER | |
|---|---|---|---|---|
| | RATE | ADVANCE PREM | RATE | ADVANCE PREM |
| 91340 | | | | |
| CARPENTRY - CONSTRUCTION OF | | | | |
| RESIDENTIAL PROPERTY NOT EXCEEDING | | | | |
| THREE STORIES IN HEIGHT | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF PAYROLL | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE          ) | | | | |
| $  .. DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |
|     DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR PROD/COMPL OPS | | | | |
| 91580 | | | | |
| CONTRACTORS - EXECUTIVE SUPERVISORS | | | | |
| OR EXECUTIVE SUPERINTENDENTS | | | | |
| (4) | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF PAYROLL | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE | | | | |
|     DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |
| 97047 | | | | |
| LANDSCAPE GARDENING  (4) | | | | |
|   PREMIUM BASIS: | | | | |
|   THOUSANDS OF PAYROLL | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE | | | | |
| $    DEDUCTIBLE APPLIES TO PD | | | | |
| PER CLAIM FOR OTHER THAN | | | | |
| PROD/COMPL OPS | | | | |
| LOCATION 002 | | | | |
| 46362 | | | | |
| MODEL HOMES | | | | |
|   PREMIUM BASIS: | | | | |
|   DWELLING | | | | |
|   EXPOSURE: | | | | |
|  (SUBLINE | | | | |

```
DATE OF ISSUE: 02/08/02 BPP                              (CONTINUED)
FORM CG7001A  ED.01-86 BPP    02/07/02      055      MA      2K07242  0301
```

**EMC Insurance Companies**

```
PAGE    4
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL              EFF DATE: 01/01/02    EXP DATE: 01/01/03

              G E N E R A L   L I A B I L I T Y   S C H E D U L E
                          ( C O N T I N U E D )
    --------------------------------------------------------------------------
                          TOTAL ESTIMATED POLICY PREMIUM $    12747.00
    --------------------------------------------------------------------------
(1)  OTHER THAN NOT FOR PROFIT   (2)  NOT FOR PROFIT
(3)  INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4)  PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(:  .      PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
     OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6)  FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
     UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE


 LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

   RATED LOCATIONS:

   LOC 001    55 EMERALD MOUNTAIN PKWY
              WETUMPKA, AL  36092


   LOC 002    15 MOUNTAIN VIEW DRIVE
              WETUMPKA, AL  36093


   LOC 003    140 POST OAK
              WETUMPKA, AL  36093


   LOC 004    5722 REDBARN ROAD
              MONTGOMERY, AL  36116


   LOC 005    377 RIVERBIRCH CIRCLE
              WETUMPKA, AL  36093
```

```
 DATE OF ISSUE: 02/08/02 BPP
 FORM CG7001A  ED.01-86 BPP    02/07/02      055         MA      2K07242   0301
```

**EMC** Insurance Companies

PAGE    4

```
EMC PROPERTY & CASUALTY COMPANY                    POLICY NO: 2K0-72-42---03
ARNBERG ALLEN CONST LL          EFF DATE: 01/01/02    EXP DATE: 01/01/03

           G E N E R A L   L I A B I L I T Y   S C H E D U L E
                         ( C O N T I N U E D )
--------------------------------------------------------------------------
                         TOTAL ESTIMATED POLICY PREMIUM $     12747.00
--------------------------------------------------------------------------
```

(1) OTHER THAN NOT FOR PROFIT    (2) NOT FOR PROFIT
(3) INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS
(4) PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT
(.   .      PD DEDUCTIBLE PER CLAIM APPLIES TO CUSTOMERS AUTOS UNLESS
     OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE
(6) FOR SPRAY PAINTING OPERATIONS, A PD DEDUCTIBLE OF      PER CLAIM APPLIES
    UNLESS OTHERWISE DESIGNATED BY THIS CLASSIFICATION CODE


LOCATION OF ALL PREMISES OWNED, RENTED OR OCCUPIED:

  RATED LOCATIONS:

   LOC 001    55 EMERALD MOUNTAIN PKWY
              WETUMPKA, AL  36092


   LOC 002    15 MOUNTAIN VIEW DRIVE
              WETUMPKA, AL  36093


   LOC 003    140 POST OAK
              WETUMPKA, AL  36093


   LOC 004    5722 REDBARN ROAD
              MONTGOMERY, AL  36116


   LOC 005    377 RIVERBIRCH CIRCLE
              WETUMPKA, AL  36093


DATE OF ISSUE: 02/08/02 BPP
FORM CG7001A  ED.01-86 BPP    02/07/02        055         MA      2K07242  0301
```

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION — INJURY OR DAMAGE FROM
## EARTH MOVEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" and "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising out of, caused by, resulting from, contributed to, aggravated by, or related to earthquake, landslide, mudflow, subsidence, settling, slipping, falling away, shrinking, expansion, caving in, shifting, eroding, rising, tilting or any other movement of land, earth or mud.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1996, 1998

CG7422(8-00)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Exclusion **l.** of **Section I. – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

2. **Exclusions**

   This insurance does not apply to:

   **l.   Damage To Your Work**

   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1999

# IMPORTANT NOTICE TO POLICYHOLDERS
# BROADENINGS, RESTRICTIONS AND CLARIFICATIONS OF COVERAGE

No coverage is provided by this policyholder notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, the provisions of the policy shall prevail.

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made to your existing policy form(s) and endorsement(s). This notice does not reference every editorial change made in these forms and endorsements.

**PLEASE READ YOUR POLICY, AND THE ENDORSEMENTS ATTACHED TO YOUR POLICY, CAREFULLY.**

## INTERNET LIABILITY

Internet Liability has been listed separately because the changes in these coverage forms result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects. The impact of the changes in the revision is very difficult to quantify and may differ in different states.

### BROADENINGS OF COVERAGE
**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**

- In CG 00 01 and CG 00 02 policies the definition of "coverage territory" is being expanded to include personal and advertising injury offenses that take place via the Internet or other electronic means of communication, limited to some extent by the location where the suit is filed.

### RESTRICTIONS IN COVERAGE
**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form (Occurrence Version)**
**CG 00 38 10 01 – Products/Completed Operations Liability Coverage Form (Claims-Made Version)**
**CG 00 39 10 01 – Pollution Liability Coverage Form (Designated Sites)**
**CG 00 40 10 01 – Pollution Liability Limited Coverage Form (Designated Sites)**
**CG 00 42 10 01 – Underground Storage Tank Policy (Designated Tanks)**

- In most states, the question of whether electronic data is tangible has not been finally decided by the courts in the context of the prior policy language. In jurisdictions where such data is ruled not to be tangible property under prior forms, this change amounts to a reinforcement of current intent. We do not consider electronic data to be tangible, and therefore, do not consider damage to such data to be "property damage." However, to some, this change may be considered a decrease in coverage, if such property is held to be tangible under prior forms. For that reason, out of caution, we are listing it as a decrease. Also, the description of electronic data was added.

**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**

- These policies have been revised to exclude coverage for "personal and advertising injury" for web-site designers, Internet access and service providers (with an exception for mere placing of links, frames or borders) and electronic chatrooms or bulletin boards.

### CLARIFICATIONS IN COVERAGE
**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**

- These policies have been clarified with respect to the definition of "personal and advertising injury" offenses such as slander, libel and invasion of privacy by specifically applying the word **publication** to include all types of publication, including those that are electronic.

- These policies have been clarified with respect to the definition of "advertisement" to include notices that are published via the Internet and other forms of electronic communication. Also a statement was included in the

definition specifying that the definition applies to advertising material only, when other material, as well as advertising, is put forth on a web-site.

- An exclusion was added to these policies to specifically reference the intellectual property rights of copyright, patent, trademark or trade secret. However, there is an exception to this exclusion for personal and advertising injury offenses of copyright, trade dress or slogan in an "advertisement."

## BROADENINGS OF COVERAGE – COVERAGE FORMS

### CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)
### CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)

- The Criminal Acts exclusion in these coverage forms is changed to permit coverage for the vicarious liability of other insureds who have no knowledge of a criminal act.
- Section II - Who Is An Insured in these coverage forms is broadened to include trusts as Named Insureds when designated in the policy Declarations.
- Section II - Who Is An Insured in these coverage forms is broadened to automatically include "volunteer workers" as insureds, but only while performing duties related to the conduct of the insured's business.

## BROADENINGS OF COVERAGE - MULTISTATE ENDORSEMENTS

### CG 04 36 10 01 – Limited Product Withdrawal Expense Endorsement

- When attached to the Commercial General Liability or Products/Completed Operations Liability Coverage Forms, this new endorsement provides reimbursement for certain expenses incurred because of a product withdrawal due to a recall or tampering.

### CG 20 37 10 01 – Additional Insured - Owners, Lessees Or Contractors - Completed Operations

- This endorsement provides a broadening of coverage by explicitly providing completed operations coverage for a specified additional insured.

### CG 22 62 10 01 – Underground Resources And Equipment Coverage

- This endorsement provides a broadening of coverage by adding an exception to the "damage to property" exclusion with respect to the care, custody or control provision. Coverage will be provided for such liability arising out of property damage included in the "underground resources hazard" for those oil or gas producing or servicing classes of risks otherwise excluded by CG 22 57 Exclusion - Underground Resources And Equipment Endorsement.

### CG 22 96 10 01 – Limited Exclusion - Personal And Advertising Injury - Lawyers

- This endorsement provides coverage for personal and advertising injury liability for lawyers when they perform activities that fall outside of a lawyer's professional services.

### CG 22 97 10 01 – Druggists - Broadened Coverage

- The endorsement CG 22 97, is introduced for use in the states that permit broader pharmacists duties and responsibilities.

### CG 28 05 10 01 – Personal Injury Liability Endorsement

- This endorsement provides broadening in coverage over its prior provisions, as there will now be coverage for vicarious liability of other insureds who have no knowledge of a criminal act.

### CG 31 15 10 01 – Construction Project Management Protective Liability Coverage

- When attached to an OCP policy, this new endorsement provides vicarious liability to the owner, contractor, architect or engineer or construction manager arising out of the work of the named insured contractor with an exception for professional services. Also, employees of the Named Insured will be covered for acts or omissions in connection with the general supervision of the contractor's operations.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS – COVERAGE FORMS

- All General Liability coverage forms contain minor editorial revisions to provide for consistency among policies. In addition, these coverage forms have been revised to incorporate other various revisions in order to clarify coverage. Those latter changes to each individual coverage form are described below:

### CG 00 33 10 01 – Liquor Liability Coverage Form (Occurrence Version)
### CG 00 34 10 01 – Liquor Liability Coverage Form (Claims-Made Version)
### CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form (Occurrence Version)
### CG 00 38 10 01 – Products/Completed Operations Liability Coverage Form (Claims-Made Version)

- These policies are revised to clarify that international waters or airspace are included under "coverage territory" but only if an "injury" occurs in the course of travel or transportation between any two of the following: US (including its territories and possessions), Puerto Rico and Canada.

**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 33 10 01 – Liquor Liability Coverage Form (Occurrence Version)**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form (Occurrence Version)**

• These policies have been revised to incorporate the "known loss" provision directly into the Insuring Agreement. We are not introducing the known loss language in CG 00 35.

**CG 00 35 10 01 – Railroad Protective Liability Coverage Form**

• We are not incorporating the "known loss" provision into the Railroad Protective Liability Policy because railroad employees are covered under the application of Federal Employers Liability Act.

**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 33 10 01 – Liquor Liability Coverage Form (Occurrence Version)**
**CG 00 34 10 01 – Liquor Liability Coverage Form (Claims-Made Version)**
**CG 00 35 10 01 – Railroad Protective Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form (Occurrence Version)**
**CG 00 38 10 01 – Products/Completed Operations Liability Coverage Form (Claims-Made Version)**
**CG 00 39 10 01 – Pollution Liability Coverage Form (Designated Sites)**
**CG 00 40 10 01 – Pollution Liability Limited Coverage Form (Designated Sites)**
**CG 00 42 10 01 – Underground Storage Tank Policy (Designated Sites)**

• We are revising the Legal Action Against Us Condition in these policies to remove the phrase "obtained after an actual trial," as the definition of "suit" allows damages to be awarded through an arbitration or other alternative dispute resolution, so the judgment can be obtained without an actual trial.

**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**

• The Aircraft, Auto Or Watercraft exclusion in these policies is being revised to clarify the intent of this exclusion to apply even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

**CG 00 35 10 01 – Railroad Protective Liability Coverage Form**

• The Pollution exclusion in this coverage form is revised to clarify that coverage is not excluded for the insured whose liability arises out of the escape of fuels or lubricants from equipment used by contractors at their job site in connection with operations performed by such contractors.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS – ENDORSEMENTS

**CG 20 10 10 01 – Additional Insured - Owners Lessees Or Contractors - Scheduled Person Or Organization**
**CG 20 33 10 01 – Additional Insured - Owners Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You**

• We are revising these endorsements to clarify that completed operations coverage for an additional insured is excluded.

**CG 20 22 10 01 – Additional Insured - Church Members, Officers And Volunteer Workers**

• We are revising CG 20 22 to delete the reference to volunteer workers since the provisions relating to volunteer workers have been incorporated into the CGL. This doesn't decrease coverage because of the fact that, in the prior edition of the coverage form, coverage for volunteer workers was excluded.

**CG 20 35 Additional Insured – Grantor Of Licenses - Automatic Status When Required By Licensor**
**CG 20 36 Additional Insured – Grantor Of Licenses**

• These new endorsements will add a person or organization who grants licenses as an additional insured to the policy of a person or organization who makes and distributes products of that person or organization. CG 20 35 provides automatic status as an additional insured of grantors of licenses. CG 20 36 requires that the grantor of the license be named in the Schedule of the endorsement.

**CG 21 37 10 01 – Exclusion-Employees And Volunteer Workers As Insured (formerly Exclusion - Employees As Insureds)**

• We are revising this endorsement to clarify that volunteer workers as well as employees are excluded as insureds.

**CG 21 37 10 01 – Exclusion–Employees And Volunteer Workers As Insureds**
**CG 22 71 10 01 – Colleges Or Schools (Limited Form)**
**CG 22 72 10 01 – Colleges Or Schools**

- The Aircraft, Auto Or Watercraft exclusion in these policies is being revised to clarify that this exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

## RESTRICTIONS IN COVERAGE – COVERAGE FORMS

**CG 00 42 10 01 – Underground Storage Tank Policy Designated Tanks**

- This policy is revised to exclude coverage for corrective action costs due to willful noncompliance with any statute, law, or ordinance for corrective action measures in the event of an underground storage tank incident.

**CG 00 01 10 01 – Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 – Commercial General Liability Coverage Form (Claims-Made Version)**
**CG 00 09 10 01 – Owners And Contractors Protective Liability Coverage Form**
**CG 00 37 10 01 – Products/Completed Operations Liability Coverage Form (Occurrence Version)**
**CG 00 38 10 01 – Products/Completed Operations Liability Coverage Form (Claims-Made Version)**
**CG 00 39 10 01 – Pollution Liability Coverage Form (Designated Sites)**
**CG 00 40 10 01 – Pollution Liability Limited Coverage Form (Designated Sites)**
**CG 00 42 10 01 – Underground Storage Tank Policy (Designated Tanks)**

- The Damage To Property exclusion in these policies is revised to clarify that expenses incurred for repairs, etc. made on the insured's own property for any reason, including to avoid injury to a third party, will not be covered.

## RESTRICTIONS IN COVERAGE – ENDORSEMENTS

**CG 21 66 10 01 – Exclusion-Volunteer Workers**

- When this endorsement is attached to a CGL, coverage is restricted by excluding volunteer workers as insureds from a CGL policy.

**CG 22 69 10 01 – Druggists**

- We are revising CG 22 69 to clarify that the types of pharmacist services that are not within the traditional duties of pharmacists like writing prescriptions, administering drugs and vaccinations, and performing blood tests are excluded.

**CG 22 94 10 01 – Exclusion-Damage To Work Performed By Subcontractors On Your Behalf**
**CG 22 95 10 01 – Exclusion-Damage To Work Performed By Subcontractors On Your Behalf – Designated Sites Or Operations**

- When these new endorsements are attached to a CGL, coverage is restricted by excluding defects in "your work" from a CGL policy, even for work performed by a subcontractor.

**CG 22 98 10 01 – Exclusion-Internet Service Providers And Internet Access Providers Errors And Omissions**
**CG 22 99 10 01 – Professional Liability Exclusion-Web-Site Designers**

- These endorsements are introduced to exclude coverage for injury or damage arising out of the rendering or failure to render Internet service, Internet access, web-site designer or consultant services, as these professional services are not contemplated in the CGL coverage form.

**CG 28 12 10 01 – Pesticide Or Herbicide Applicator Coverage**

- This endorsement is being revised to apply the exception to the exclusion to only paragraph **1(d)** of exclusion **j.**, so that the scope of coverage for pesticide or herbicide applicator should be the same under the OCP policy as it is under the CGL policy.



# BROADENINGS, RESTRICTIONS AND CLARIFICATIONS OF COVERAGE
# EMC INSURANCE COMPANIES ENDORSEMENTS

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS -- ENDORSEMENTS

| | |
|---|---|
| CG 7106 | Exclusion - Athletic Activities |
| CG 7171.5 | Municipality and Utility Total Pollution Exclusion |
| CG 7171.6 | Garbage, Ash or Refuse Collectors Total Pollution Exclusion |

- Changes have been made to these endorsements to provide consistency with the changes made to the CGL coverage part where title headings were added to exclusions to clarify intent.

| | |
|---|---|
| CG 7101 | Town Liability Endorsement |
| CG 7111 | Employee Benefits Liability Coverage E |
| CG 7111.1 | Employee Benefits Liability Coverage E - Michigan |
| CG 7111.2 | Employee Benefits Liability Coverage E - Rhode Island |
| CG 7111.3 | Employee Benefits Liability Coverage E - Iowa |
| CG 7111.4 | Employee Benefits Liability Coverage E - Texas |
| CG 7117 | Tort Liability of Governmental Subdivisions - Iowa |
| CG 7117.1 | Tort Liability, Political Subdivisions - Minnesota |
| CG 7117.2 | Government Structure & Administration Liability Exposure - Montana |
| CG 7117.11 | Tort Liability of Governmental Subdivisions - Michigan |
| CG 7117.12 | Limitations of Commencement of Actions and Proceedings and Procedures for Claims Against Governmental Units - Wisconsin |
| CG 7129 | Additional Insured - Good Samaritans |
| CG 7141 | Extended Property Damage Coverage |
| CG 7157 | Extended Property Damage Coverage |
| CG 7159 | Governmental Tort Claims Act - Oklahoma |
| CG 7171.6 | Garbage, Ash or Refuse Collectors Total Pollution Exclusion |
| CG 7176 | Broad Form Products Coverage |
| CG 7177 | Political Subdivisions Tort Claims - Nebraska |
| CG 7190 | Additional Insured - Club or Organization |
| CG 7191 | Commercial General Liability Amendment |
| CG 7191.1 | Commercial General Liability Amendment |
| CG 7191.2 | Commercial General Liability Amendment |
| CG 7219 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions |
| CG 7219.2 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Minnesota |
| CG 7219.3 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Michigan |
| CG 7219.4 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Tennessee |
| CG 7219.5 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Rhode Island |
| CG 7224 | Truth in Lending & Leasing, & Title E & O - Boat Dealers |
| CG 7224.1 | Truth in Lending & Leasing, & Title E & O - Boat Dealers - Michigan |
| CG 7224.2 | Truth in Lending & Leasing, & Title E & O - Boat Dealers - Rhode Island |
| CG 7224.3 | Truth in Lending & Leasing, & Title E & O - Boat Dealers - Tennessee |
| CG 7225 | Boat Dealers' Insurance Agents E & O Liability Endorsement |
| CG 7225.1 | Boat Dealers' Insurance Agents E & O Liability Endorsement - Michigan |
| CG 7225.2 | Boat Dealers' Insurance Agents E & O Liability Endorsement - Rhode Island |
| CG 7231 | Commercial General Liability Amendment - Indiana Municipalities |
| CG 7232 | Mobile Home/Modular Home Dealers E & O Endorsement |
| CG 7235 | Commercial General Liability Amendment - Iowa Municipalities |
| CG 7235.1 | Commercial General Liability Amendment - Municipalities |
| CG 7239 | Commercial General Liability Amendment - Alabama Municipalities |
| CG 7241 | Commercial General Liability Amendment - Nebraska Municipalities and/or Rural Fire Depts. |
| CG 7243 | Commercial General Liability Amendment -- Municipalities and/or Volunteer Fire Depts. -- Pennsylvania |
| CG 7244 | Commercial General Liability Amendment - Colorado Municipalities |
| CG 7245 | Commercial General Liability Amendment - Wyoming Municipalities |
| CG 7247 | Commercial General Liability Amendment - Michigan Petroleum Marketers |
| CG 7255 | Commercial General Liability Amendment - Montana Schools |
| CG 7256 | Commercial General Liability Amendment - South Dakota Schools |
| CG 7257 | Commercial General Liability Amendment - North Dakota Schools |
| CG 7258 | Commercial General Liability Amendment - Idaho Schools |

| | |
|---|---|
| **CG 7259** | **Counseling Professional Liability Coverage F** |
| **CG 7259.1** | **Counseling Professional Liability Coverage F - Michigan** |
| **CG 7259.2** | **Counseling Professional Liability Coverage F - Rhode Island** |
| **CG 7259.3** | **Counseling Professional Liability Coverage F – Oklahoma** |
| **CG 7259.4** | **Counseling Professional Liability Coverage F - Nebraska** |
| **CG 7259.5** | **Counseling Professional Liability Coverage F - Illinois** |
| **CG 7260** | **Ohio - Employers Liability Coverage Endorsement** |
| **CG 7263** | **Cemetery Liability Coverage - Coverage K** |
| **CG 7263.1** | **Cemetery Liability Coverage - Coverage K - Michigan** |
| **CG 7264** | **Mobile Home & Travel Trailer Dealers' Insurance Agents E & O Endorsement** |
| **CG 7265** | **Minnesota Manufactured Housing Program Commercial General Liability Amendment** |
| **CG 7266** | **Commercial General Liability Amendment - Michigan Schools** |
| **CG 7269** | **Petroleum Marketers - Additional Insured - Automatic Status When Required in Written Agreement With You** |
| **CG 7270** | **Employers Liability Coverage Endorsement** |
| **CG 7274** | **Commercial General Liability Amendment - ABC Contractors** |
| **CG 7313** | **Commercial General Liability Amendment - Wisconsin Liquid Waste Haulers** |
| **CG 7400** | **Prior Acts Exclusion** |
| **CG 7404** | **Fire Departments** |
| **CG 7405** | **Commercial General Liability Amendment - Rural Telephone Cooperative Association** |
| **CG 7415** | **Iowa Association of Business and Industry – Commercial General Liability Amendment** |
| **CG 7416** | **Product Recall Expenses** |
| **CG 7417** | **Mobile Home Parks & Dealers - Additional Insured - Automatic Status When Required in Written Agreement With You** |
| **CG 7430** | **Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Wisconsin** |
| **CG 7431** | **Limited Exception For The Pollution Exclusion** |
| **CG 7440** | **Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Missouri** |
| **CG 7470** | **Mobile Home/Modular Home Dealers Commercial General Liability Amendment** |
| **CG 7491** | **Health Care Extension** |

- We have added or removed quotation marks within these endorsements in order to clarify what terms are defined within the CGL coverage part.

| | |
|---|---|
| **CG 7189** | **Commercial General Liability Amendment - Wisconsin Schools** |
| **CG 7191** | **Commercial General Liability Amendment** |
| **CG 7191.1** | **Commercial General Liability Amendment** |
| **CG 7191.2** | **Commercial General Liability Amendment** |
| **CG 7223** | **Boat Dealers - Commercial General Liability Amendment** |
| **CG 7223.1** | **Boat Dealers - Commercial General Liability Amendment - Minnesota** |
| **CG 7231** | **Commercial General Liability Amendment - Indiana Municipalities** |
| **CG 7239** | **Commercial General Liability Amendment - Alabama Municipalities** |
| **CG 7241** | **Commercial General Liability Amendment - Nebraska Municipalities and/or Rural Fire Depts.** |
| **CG 7242** | **Commercial General Liability Amendment - Nebraska Schools** |
| **CG 7255** | **Commercial General Liability Amendment - Montana Schools** |
| **CG 7256** | **Commercial General Liability Amendment - South Dakota Schools** |
| **CG 7257** | **Commercial General Liability Amendment - North Dakota Schools** |
| **CG 7258** | **Commercial General Liability Amendment - Idaho Schools** |
| **CG 7265** | **Minnesota Manufactured Housing Program Commercial General Liability Amendment** |
| **CG 7266** | **Commercial General Liability Amendment - Michigan Schools** |
| **CG 7282** | **Commercial General Liability Amendment - Minnesota Schools** |
| **CG 7404** | **Fire Departments** |
| **CG 7405** | **Commercial General Liability Amendment - Rural Telephone Cooperative Association** |
| **CG 7415** | **Iowa Association of Business and Industry - Commercial General Liability Amendment** |
| **CG 7470** | **Mobile Home/Modular Home Dealers Commercial General Liability Amendment** |

- We are revising these endorsements to delete the reference to volunteer workers since the provisions relating to volunteer workers have been incorporated into the CGL coverage part. This doesn't decrease coverage because of the fact that, in the prior edition of the coverage part, coverage for volunteer workers was excluded.

| | |
|---|---|
| **CG 7105** | **Extension of Who Is An Insured** |
| **CG 7129** | **Additional Insured - Good Samaritans** |
| **CG 7140** | **Coverage for Injury to Co-Employees and/or Your Other Volunteer Workers** |
| **CG 7190** | **Additional Insured - Club or Organization** |

| CG 7198 | Extension of Who Is An Insured - Minnesota |
| CG 7228 | Sexual Abuse or Sexual Molestation Liability |
| CG 7231 | Commercial General Liability Amendment - Indiana Municipalities |
| CG 7233 | Coverage for Injury to Co-Employees and/or Your Other Volunteer Workers |
| CG 7233.1 | Coverage for Injury to Co-Employees and/or Your Other Volunteer Workers |
| CG 7236 | Additional Insured - Association or Organization |
| CG 7239 | Commercial General Liability Amendment - Alabama Municipalities |
| CG 7241 | Commercial General Liability Amendment - Nebraska Municipalities and/or Rural Fire Depts. |
| CG 7242 | Commercial General Liability Amendment - Nebraska Schools |
| CG 7243 | Commercial General Liability Amendment - Municipal/Fire Depts - Pennsylvania |
| CG 7247 | Commercial General Liability Amendment - Michigan Petroleum Marketers |
| CG 7263 | Cemetery Liability Coverage - Coverage K |
| CG 7263.1 | Cemetery Liability Coverage - Coverage K - Michigan |
| CG 7274 | Commercial General Liability Amendment - ABC Contractors |
| CG 7311 | Extension of Who Is An Insured - Kansas Schools & Community Colleges |
| CG 7405 | Commercial General Liability Amendment - Rural Telephone Cooperative Association |
| CG 7415 | Iowa Association of Business and Industry - Commercial General Liability Amendment |
| CG 7430 | Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Wisconsin |
| CG 7440 | Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Missouri |
| CG 7455 | Commercial General Liability Amendment - Printers |
| CG 7491 | Health Care Extension |
| CG 7492 | Extension of Who Is An Insured |
| CG 7497 | Exclusion - Services Furnished by Health Care Providers With Exception for Emergency Medical Services |
| CG 7498 | Exclusion - Services Furnished by Health Care Providers With Exception for Emergency Medical Services |

- These endorsements have been revised to reflect that volunteer workers have been incorporated into the CGL coverage part under Section II – Who is an Insured and as a defined term.

| CG 7183 | Extension of Personal and Advertising Injury Liability |
| CG 7189 | Commercial General Liability Amendment - Wisconsin Schools |
| CG 7191 | Commercial General Liability Amendment |
| CG 7191.1 | Commercial General Liability Amendment |
| CG 7191.2 | Commercial General Liability Amendment |
| CG 7221 | Financial Institutions Pollution Exclusion |
| CG 7225 | Boat Dealers' Insurance Agents E & O Liability Endorsement |
| CG 7225.1 | Boat Dealers' Insurance Agents E & O Liability Endorsement - Michigan |
| CG 7225.2 | Boat Dealers' Insurance Agents E & O Liability Endorsement - Rhode Island |
| CG 7231 | Commercial General Liability Amendment - Indiana Municipalities |
| CG 7235.1 | Commercial General Liability Amendment - Municipalities |
| CG 7239 | Commercial General Liability Amendment - Alabama Municipalities |
| CG 7241 | Commercial General Liability Amendment - Nebraska Municipalities and/or Rural Fire Depts. |
| CG 7242 | Commercial General Liability Amendment - Nebraska Schools |
| CG 7243 | Commercial General Liability Amendment - Municipalities and/or Vol. Fire Depts. - Pennsylvania |
| CG 7244 | Commercial General Liability Amendment - Colorado Municipalities |
| CG 7245 | Commercial General Liability Amendment - Wyoming Municipalities |
| CG 7247 | Commercial General Liability Amendment - Michigan Petroleum Marketers |
| CG 7255 | Commercial General Liability Amendment - Montana Schools |
| CG 7256 | Commercial General Liability Amendment - South Dakota Schools |
| CG 7257 | Commercial General Liability Amendment - North Dakota Schools |
| CG 7258 | Commercial General Liability Amendment - Idaho Schools |
| CG 7259 | Counseling Professional Liability Coverage F |
| CG 7259.1 | Counseling Professional Liability Coverage F - Michigan |
| CG 7259.2 | Counseling Professional Liability Coverage F - Rhode Island |
| CG 7259.3 | Counseling Professional Liability Coverage F - Oklahoma |
| CG 7259.4 | Counseling Professional Liability Coverage F - Nebraska |
| CG 7259.5 | Counseling Professional Liability Coverage F - Illinois |
| CG 7261 | Printers E & O Liability Coverage |
| CG 7263 | Cemetery Liability Coverage - Coverage K |
| CG 7263.1 | Cemetery Liability Coverage - Coverage K - Michigan |
| CG 7264 | Mobile Home & Travel Trailer Dealers' Insurance Agents E & O Endorsement |

CG 7265     Minnesota Manufactured Housing Program Commercial General Liability Amendment
CG 7266     Commercial General Liability Amendment - Michigan Schools
CG 7267     Inspection Liability - Liquid Waste Haulers
CG 7274     Commercial General Liability Amendment - ABC Contractors
CG 7282     Commercial General Liability Amendment - Minnesota Schools
CG 7313     Commercial General Liability Amendment - Wisconsin Liquid Waste Haulers
CG 7315     Continuous or Progressive Injury or Damage Exclusion
CG 7315.1     Continuous or Progressive Injury or Damage Exclusion - Kansas
CG 7404     Fire Departments
CG 7415     Iowa Association of Business and Industry - Commercial General Liability Amendment
CG 7416     Product Recall Expenses
CG 7417     Mobile Home Parks & Dealers - Additional Insured - Automatic Status When Required in Written Agreement With You
CG 7430     Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Wisconsin
CG 7440     Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Missouri
CG 7455     Commercial General Liability Amendment - Printers

- These endorsements have been revised to reflect the renumbering or re-lettering of several provisions, (Who is an Insured, Personal and Advertising Injury, Exclusions and Definitions) of the CGL coverage part.

CG 7140     Coverage for Injury to Co-Employees and/or Your other Volunteer Workers
CG 7198     Extension of Who Is An Insured - Minnesota
CG 7219.2     Truth In Lending & Leasing & Odometer Statute E & O - Financial Institutions - Minnesota
CG 7233     Coverage For Injury to Co - Employees and/or Your other Volunteer Workers
CG 7233.1     Coverage For Injury to Co - Employees and/or Your other Volunteer Workers
CG 7474     Amendment Of Conditions - Transfer Of Rights Of Recovery Against Others To Us
CG 7492     Extension Of Who Is An Insured

- The titles of these forms were changed to clarify coverage intent.

CG 7223     Boat Dealers - Commercial General Liability Amendment
CG 7231     Commercial General Liability Amendment - Indiana Municipalities
CG 7235.1     Commercial General Liability Amendment - Municipalities
CG 7239     Commercial General Liability Amendment - Alabama Municipalities
CG 7241     Commercial General Liability Amendment - Nebraska Municipalities and/or Rural Fire Depts.
CG 7242     Commercial General Liability Amendment - Nebraska Schools
CG 7243     Commercial General Liability Amendment - Municipalities and/or Vol. Fire Depts. - Pennsylvania
CG 7244     Commercial General Liability Amendment - Colorado Municipalities
CG 7245     Commercial General Liability Amendment - Wyoming Municipalities
CG 7247     Commercial General Liability Amendment - Michigan Petroleum Marketers
CG 7255     Commercial General Liability Amendment - Montana Schools
CG 7256     Commercial General Liability Amendment - South Dakota Schools
CG 7257     Commercial General Liability Amendment - North Dakota Schools
CG 7258     Commercial General Liability Amendment - Idaho Schools
CG 7266     Commercial General Liability Amendment - Michigan Schools
CG 7274     Commercial General Liability Amendment - ABC Contractors
CG 7282     Commercial General Liability Amendment - Minnesota Schools
CG 7313     Commercial General Liability Amendment - Wisconsin Liquid Waste Haulers
CG 7405     Commercial General Liability Amendment - Rural Telephone Cooperative Association
CG 7415     Iowa Association of Business and Industry - Commercial General Liability Amendment
CG 7430     Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Wisconsin
CG 7440     Commercial General Liability Amendment Municipalities/Volunteer Fire Departments - Missouri
CG 7455     Commercial General Liability Amendment - Printers
CG 7470     Mobile Home/Modular Home Dealers Commercial General Liability Amendment

- We have amended these endorsements to clarify coverage intent under Unintentional Failure to Disclose Exposures by adding the additional wording, this provision does not apply to any known injury which is excluded under any other provision of this policy.

CG 7141     Extended Property Damage Coverage
CG 7157     Extended Property Damage Coverage
CG 7184     Blanket Additional Insured – Real Property Leases
CG 7228     Sexual Abuse or Sexual Molestation Liability
CG 7233.1     Coverage for Injury to Co-Employees and/or Your Other Volunteer Workers
CG 7242     Commercial General Liability Amendment - Nebraska Schools

| CG 7269 | Petroleum Marketers - Additional Insured - Automatic Status When Required in Written Agreement With You |
| CG 7274 | Commercial General Liability Amendment - ABC Contractors |
| CG 7416 | Product Recall Expenses |
| CG 7417 | Mobile Home Parks & Dealers - Additional Insured - Automatic Status When Required in Written Agreement With You |

- Various editorial changes have been made to these endorsements to make the language consistent with the CGL coverage part and to format for improved readability.

| CG 7141 | Extended Property Damage Coverage |
| CG 7157 | Extended Property Damage Coverage |

- The Damage To Property exclusion in these policies is revised to clarify that expenses incurred for repairs, etc. made on the insured's own property for any reason, including to avoid injury to a third party, will not be covered.

| CG 7183 | Extension of Personal and Advertising Injury Liability |
| CG 7189 | Commercial General Liability Amendment - Wisconsin Schools |
| CG 7242 | Commercial General Liability Amendment - Nebraska Schools |
| CG 7255 | Commercial General Liability Amendment - Montana Schools |
| CG 7256 | Commercial General Liability Amendment - South Dakota Schools |
| CG 7257 | Commercial General Liability Amendment - North Dakota Schools |
| CG 7258 | Commercial General Liability Amendment - Idaho Schools |
| CG 7282 | Commercial General Liability Amendment - Minnesota Schools |

- This endorsement has been modified with respect to the deletion of exclusions **2 (e)** and **2 (j)(1)** by clarifying our intention that these exclusions will not apply to your educational institutional operations.

| CG 7198 | Extension of Who Is An Insured - Minnesota |

- We have modified this endorsement by clarifying that the exclusion pertaining to bodily injury or personal and advertising injuring arising out of his or her providing or failure to provide professional health services does not apply to "emergency medical services" if such separate endorsement has been attached to the coverage part.

| CG 7219.2 | Truth In Lending & Leasing & Odometer Statute E & O - Financial Institutions - Minnesota |

- Under Coverages we revised the endorsement to clarify our right and duty to defend the insured against any suit asking for damages but the duty to defend is restricted to coverages under this endorsement.

| CG 7475 | School Liability Endorsement |
| CG 7503 | Community Colleges Liability |

- The Aircraft, Auto or Watercraft exclusion in these policies is being revised to clarify the intent of this exclusion to apply even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of other by an insured.

## BROADENINGS OF COVERAGE – ENDORSEMENTS

| CG 7111 | Employee Benefits Liability Coverage E |
| CG 7111.1 | Employee Benefits Liability Coverage E - Michigan |
| CG 7111.2 | Employee Benefits Liability Coverage E - Rhode Island |
| CG 7111.3 | Employee Benefits Liability Coverage E - Iowa |
| CG 7111.4 | Employee Benefits Liability Coverage E – Texas |
| CG 7191 | Commercial General Liability Amendment |
| CG 7191.1 | Commercial General Liability Amendment |
| CG 7191.2 | Commercial General Liability Amendment |
| CG 7219 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions |
| CG 7219.2 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Minnesota |
| CG 7219.3 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Michigan |
| CG 7219.4 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Tennessee |
| CG 7219.5 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Rhode Island |
| CG 7220 | Stop Payment Legal Liability |
| CG 7220.3 | Stop Payment Legal Liability |
| CG 7220.4 | Stop Payment Legal Liability - Rhode Island |
| CG 7223 | Boat Dealers - Commercial General Liability Amendment |
| CG 7223.1 | Boat Dealers - Commercial General Liability Amendment - Minnesota |
| CG 7224 | Truth in Lending & Leasing & Title E & O - Boat Dealers |
| CG 7224.1 | Truth in Lending & Leasing & Title E & O - Boat Dealers - Michigan |

| CG 7224.2 | Truth in Lending & Leasing & Title E & O - Boat Dealers - Rhode Island |
| CG 7224.3 | Truth in Lending & Leasing & Title E & O - Boat Dealers - Tennessee |
| CG 7225 | Boat Dealers' Insurance Agents E & O Liability Endorsement |
| CG 7225.1 | Boat Dealers' Insurance Agents E & O Liability Endorsement - Michigan |
| CG 7225.2 | Boat Dealers' Insurance Agents E & O Liability Endorsement - Rhode Island |
| CG 7228 | Sexual Abuse or Sexual Molestation Liability |
| CG 7232 | Mobile Home/Modular Home Dealers E & O Endorsement |
| CG 7259 | Counseling Professional Liability Coverage F |
| CG 7259.1 | Counseling Professional Liability Coverage F - Michigan |
| CG 7259.2 | Counseling Professional Liability Coverage F - Rhode Island |
| CG 7259.3 | Counseling Professional Liability Coverage F - Oklahoma |
| CG 7259.4 | Counseling Professional Liability Coverage F - Nebraska |
| CG 7259.5 | Counseling Professional Liability Coverage F - Illinois |
| CG 7260 | Ohio Employers Liability Coverage Endorsement |
| CG 7263 | Cemetery Liability Coverage - Coverage K |
| CG 7263.1 | Cemetery Liability Coverage - Coverage K - Michigan |
| CG 7264 | Mobile Home & Travel Trailer Dealers' Insurance Agents E & O Endorsement |
| CG 7265 | Minnesota Manufactured Housing Program Commercial General Liability Amendment |
| CG 7270 | Employers Liability Coverage Endorsement |
| CG 7416 | Product Recall Expenses |
| CG 7470 | Mobile Home/Modular Home Dealers Commercial General Liability Amendment |

- These endorsements were amended to reflect the change made to Section II - Who Is An Insured in the CGL coverage part where a named insured is broadened to include trusts as Named Insureds when designated in the policy Declarations.

| CG 7219.2 | Truth in Lending & Leasing & Odometer Statute E & O - Financial Institutions - Minnesota |
| CG 7228 | Sexual Abuse or Sexual Molestation Liability |
| CG 7260 | Ohio Employers Liability Coverage Endorsement |

- These endorsements were amended to reflect the change made to Section II - Who Is An Insured in the CGL coverage part where a named insured is broadened to include a limited liability company as a Named Insured when designated in the policy Declarations.

| CG 7111 | Employee Benefits Liability Coverage E |
| CG 7111.1 | Employee Benefits Liability Coverage E - Michigan |
| CG 7111.2 | Employee Benefits Liability Coverage E - Rhode Island |
| CG 7111.3 | Employee Benefits Liability Coverage E - Iowa |
| CG 7111.4 | Employee Benefits Liability Coverage E - Texas |
| CG 7220 | Stop Payment Legal Liability |
| CG 7220.3 | Stop Payment Legal Liability |
| CG 7220.4 | Stop Payment Legal Liability - Rhode Island |

- We have amended these endorsements to increase the available limits of actual loss of earnings up to $250 a day, from $100, as provided in the Supplementary Payments provision.

 Includes copyrighted material of ISO Properties, Inc. with its permission.