IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARNBERG & ALLEN CONSTRUCTION, )<br>L.L.C., et al., STEPHEN D. ARNBERG, )<br>JIM ALLEN, MICHAEL O. LUNSFORD )<br>and DEBRA O. LUNSFORD, )<br>)<br>Defendants. ) | 2:05-CV-1108-MEF |

## ORDER ON MOTION

For good cause shown in Defendant's *Motion to Compel Discovery Responses*, filed with *exhibits* (Doc. 16, October 25, 2006), it is

**ORDERED** that the motion filed by Defendants Arnberg & Allen Construction, L.L.C. and Jim Allen is **GRANTED** to extent *that Plaintiff is DIRECTED to respond* to Defendants discovery responses, served on May 9, 2006 and June 7, 2006, **not later than November 3, 2006**, *and to file by the same deadline notice of compliance* with this ORDER.

Done this 26th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE