# EXHIBIT C

```
***********************************************
*       TRANSMIT MESSAGE CONFIRMATION REPORT     *
***********************************************
```

NAME: CAPELL AND HOWARD PC
TEL : 3343238888
DATE: 10/26/06  11:35

| TRANSMIT: 205 968 9909 | | | DURATION | PAGE | SESS | RESULT |
|---|---|---|---|---|---|---|
| TYPE: MEMORY TX | MODE | E-144 | 00'30 | 01 | 958 | OK |

## CAPELL & HOWARD P.C.
ATTORNEYS AT LAW
Writer's direct number
(334) 241-8019

FRANK H. McFADDEN
JOHN F. ANDREWS
WILLIAM D. COLEMAN
WILLIAM K. MARTIN
GEORGE L. BECK, JR.
BRUCE J. DOWNEY III
HENRY C. BARNETT, JR.
K. PALMER SMITH
ROBERT T. MEADOWS III
HENRY H. HUTCHINSON
SHAPARD D. ASHLEY
D. KYLE JOHNSON
ROBERT F. NORTHCUTT

J. LISTER HUBBARD
JAMES N. WALTER, JR.
JAMES H. McLEMORE
CONSTANCE SMITH BARKER
W. HOLT SPEIR III
CHRISTOPHER W. WELLER
DEBRA DEAMES SPAIN
C. CLAY TORBERT III
R. BROOKE LAWSON III
J. SCOTT PIERCE
ROBERT D. RIVES
RICHARD H. ALLEN
M. COURTNEY WILLIAMS

PAIGE R. JACKSON
LEE M. RUSSELL, JR.
CHAD W. BRYAN
MICHAEL P. DALTON
CATY HOUSTON RICHARDSON
ARDEN REED PATHAK
FERRIS SCOTT BIGGS

OF COUNSEL
JAMES M. SCOTT
THOMAS S. LAWSON, JR.

October 26, 2006

Cynthia Martin, Esq.
Kee & Selby, LLP
1900 International Park Drive
      Suite 220
Birmingham, AL 35243

VIA FACSIMILE: 205-968-9909

Robert J. Russell, Jr., Esq.
Parnell & Crum, P.A.
641 S. Lawrence St.
Montgomery, AL 36104

VIA FACSIMILE: 832-4703

Re: *Employers Mutual Casualty Company v. Arnberg & Allen Construction, L.L.C., et al.*
    **Deposition of Rayford F. Smith**

Dear Counselors:

Please provide me dates in the month of November that are convenient for the deposition of Rayford F. Smith. Presently, I am available on November 13, 14, 16, 17, 20 and 21. I will notice the deposition after a date is chosen.

I look forward to hearing from you.

Yours very truly,

Richard H. Allen

RHA/cz

MONTGOMERY • OPELIKA / AUBURN