IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY          )
COMPANY,                           )
                                   )     CIVIL ACTION NO:
Plaintiff,                         )     2:05 -CV-01108-MEF
                                   )
V.                                 )
                                   )
ARNBERG & ALLEN CONSTRUCTION,      )
L.L.C.; STEPHEN D. ARNBERG,        )
JIM ALLEN, MICHAEL O. LUNSFORD     )
and DEBRA O. LUNSFORD.             )
                                   )
        Defendants.                )

## <u>**NOTICE OF COMPLIANCE WITH COURT ORDER**</u>

COMES NOW Plaintiff, Employers Mutual Casualty Company ("EMCC"), and hereby gives notice of its compliance with the Court's October 26, 2006 Order regarding EMCC's responses to defendants Arnberg & Allen Construction, LLC and Jim Allen's discovery requests.

Respectfully submitted,

/s/James A. Kee, Jr. ASB-4314-e68j
/s/Cynthia A. Martin ASB-2044-i49c
Attorneys for Plaintiff Employers
Mutual Casualty Company

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205)968-9900 (phone)
(205)968-9909 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on November 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Richard H. Allen
CAPELL HOWARD, PC
P.O. Box 2069
Montgomery, Alabama 36102-2069

Robert Jackson Russell, Jr
PARNELL & CRUM, PA
P.O. Box 2189
Montgomery, Alabama 36102-2189


/s/Cynthia A. Martin ASB-2044-i49c