IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1108-MEF |
| ) | |
| ARNBERG & ALLEN CONSTRUCTION, ) LLC., *et al.,* ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Defendants' Rule 56(f) Motion to Deny Plaintiff's Application for Summary Judgment or, Alternatively, to Continue Plaintiff's Motion (Doc. #21) filed on October 31, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before November 30, 2006 as to why the motion should not be granted.

DONE this the 15th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE