# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) Plaintiff, ) ) V. ) ) ARNBERG & ALLEN CONSTRUCTION, ) L.L.C.; STEPHEN D. ARNBERG, ) JIM ALLEN, MICHAEL O. LUNSFORD ) and DEBRA O. LUNSFORD. ) ) Defendants. ) | CIVIL ACTION NO: 2:05 -CV-01108-MEF |

## AFFIDAVIT OF TERRY HARDESTY

STATE OF ALABAMA )
                 )
SHELBY COUNTY    )

Before me, the undersigned, a Notary Public in and for the aforesaid county and state, personally appeared Terry Hardesty, who is known to me and who, having been duly sworn by me, deposes and says:

1. My name is Terry Hardesty. I am a resident citizen of the State of Alabama. I am the claims supervisor for Employers Mutual Casualty Company ("EMCC") at all relevant times for this claim. I am over twenty-one (21) years of age and have personal knowledge of the facts set forth in this

1

affidavit. I am competent to testify about the matters set forth in this affidavit made in support of EMCC's Motion for Summary Judgment.

2. EMCC was first informed of this claim on October 27, 2004 when Thompson Insurance, Inc. faxed the notice to EMCC. The notice is attached hereto as Exhibit A.

Further the affiant saith not.

Done this the _____ day of November, 2006.

_____
Terry Hardesty
Employers Mutual Casualty Company

STATE OF ALABAMA )
                 )
SHELBY COUNTY    )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Terry Hardesty whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, Terry Hardesty executed the same voluntarily on the day the same bears date.

Given under my hand, this 16 day of November, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _____

Kim Cooper, Alabama State at Large
My Commission Expires July 5, 2008

2

# Exhibit A

# ACORD GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**PRODUCER PHONE (A/C, No, Ext):** 334-277-8970
**DATE:** 10/27/04

Thompson Insurance, Inc.
2951 Zelda Road (36106)
P.O. Box 11408
Montgomery AL 36111-0408
George W. Thompson, III

**NOTICE OF OCCURRENCE / NOTICE OF CLAIM:** 10/26/04
**EFFECTIVE DATE:** 01/01/00  **EXPIRATION DATE:** 01/01/05
**POLICY TYPE:** X OCCURRENCE
**PREVIOUSLY REPORTED:** X NO

**CUSTOMER ID:** ARNBE-1
**COMPANY:** EMC Companies
**POLICY NUMBER:** 2K07242

## INSURED
Arnberg and Allen
55 Emerald Mountain Express
Wetumpka AL 36093
**BUSINESS PHONE:** 334 567-2001

197579

## CONTACT
JIM ALLEN (334) 514-1176
ARELY

## OCCURRENCE
**DESCRIPTION OF OCCURRENCE:** CLMT, LUNSFORD, HAS CONTACTED INS RE DAMAGE TO HOUSE.. PORCH SEPARATING FROM HOUSE, ETC. EMC HAD COVERAGE FROM 1-1-00 TO 1-1-05

## POLICY INFORMATION
| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|
| 2000000 | 2000000 | 1000000 | 1000000 | 100000 | 5000 | 1000 | X PD |

## INJURED/PROPERTY DAMAGED
**NAME & ADDRESS:** MICHAEL LUNSFORD
LTR FROM INS ATTACHED

FATALITY

## REMARKS
FAXED TO EMC ON 10-27-04

**REPORTED BY:** INS
**REPORTED TO:** RETHA
**SIGNATURE OF PRODUCER:** George W. Thompson, III

ACORD 3 (10/98)

EMCC 259