IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) Plaintiff, ) ) V. ) ) ARNBERG & ALLEN CONSTRUCTION, ) L.L.C.; STEPHEN D. ARNBERG, ) JIM ALLEN, MICHAEL O. LUNSFORD ) and DEBRA O. LUNSFORD. ) ) Defendants. ) | CIVIL ACTION NO: 2:05 -CV-01108-MEF |

## NOTICE OF FILING AFFIDAVIT OF TERRY HARDESTY IN SUPPORT OF EMPLOYERS MUTUAL CASUALTYCOMPANY'S MOTION FOR FINAL SUMMARY JUDGMENT

COMES NOW Plaintiff, Employers Mutual Casualty Company ("EMCC"), and hereby gives notice of and files the attached affidavit of Terry Hardesty in support of EMCC's motion for summary judgment.

Respectfully submitted,

/s/James A. Kee, Jr. ASB-4314-e68j
/s/Cynthia A. Martin ASB-2044-i49c
Attorneys for Plaintiff Employers
Mutual Casualty Company

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205)968-9900 (phone)
(205)968-9909 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Richard H. Allen
CAPELL HOWARD, PC
P.O. Box 2069
Montgomery, Alabama 36102-2069

Robert Jackson Russell, Jr
PARNELL & CRUM, PA
P.O. Box 2189
Montgomery, Alabama 36102-2189

/s/Cynthia A. Martin ASB-2044-i49c

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) Plaintiff, ) ) V. ) ) ARNBERG & ALLEN CONSTRUCTION, ) L.L.C.; STEPHEN D. ARNBERG, ) JIM ALLEN, MICHAEL O. LUNSFORD ) and DEBRA O. LUNSFORD. ) ) Defendants. ) | CIVIL ACTION NO: 2:05 -CV-01108-MEF |

## AFFIDAVIT OF TERRY HARDESTY

STATE OF ALABAMA )
                 )
SHELBY COUNTY    )

Before me, the undersigned, a Notary Public in and for the aforesaid county and state, personally appeared Terry Hardesty, who is known to me and who, having been duly sworn by me, deposes and says:

1. My name is Terry Hardesty. I am a resident citizen of the State of Alabama. I am the claims supervisor for Employers Mutual Casualty Company ("EMCC") at all relevant times for this claim. I am over twenty-one (21) years of age and have personal knowledge of the facts set forth in this

1

affidavit. I am competent to testify about the matters set forth in this affidavit made in support of EMCC's Motion for Summary Judgment.

2. EMCC was first informed of this claim on October 27, 2004 when Thompson Insurance, Inc. faxed the notice to EMCC. The notice is attached hereto as Exhibit A.

Further the affiant saith not.

Done this the _____ day of November, 2006.

_____
Terry Hardesty
Employers Mutual Casualty Company

STATE OF ALABAMA  )
                  )
SHELBY COUNTY     )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Terry Hardesty whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, Terry Hardesty executed the same voluntarily on the day the same bears date.

Given under my hand, this 16 day of November, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _____

Kim Cooper, Alabama State at Large
My Commission Expires July 5, 2008

2

# Exhibit A

# ACORD GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**PRODUCER** PHONE (A/C, No, Ext): 334-277-8970

Thompson Insurance, Inc.
2951 Zelda Road (36106)
P.O. Box 11408
Montgomery AL 36111-0408
George W. Thompson, III

CODE: ___ SUB CODE: ___
AGENCY CUSTOMER ID: ARNBE-1

**NOTICE OF OCCURRENCE / NOTICE OF CLAIM EFFECTIVE DATE:** 01/01/00
**EXPIRATION DATE:** 01/01/05
**DATE OF OCCURRENCE AND TIME:** 10/26/04
**POLICY TYPE:** X OCCURRENCE
**COMPANY:** EMC Companies
**NAIC CODE:** ___
**POLICY NUMBER:** 2K07242

**OP ID:** RM
**DATE:** 10/27/04
**DATE OF CLAIM:** PREVIOUSLY REPORTED YES / X NO
**RETROACTIVE DATE:** ___
**MISCELLANEOUS INFO (Site & location code):** ___
**REFERENCE NUMBER:** ___

## INSURED

**NAME AND ADDRESS**
Arnberg and Allen
55 Emerald Mountain Express
Wetumpka AL 36093

SOC SEC #: ___

197579 (handwritten)

BUSINESS PHONE (A/C, No, Ext): 334 567-2001

## CONTACT

**NAME AND ADDRESS**
JIM ALLEN (334) 514-1176
ARELY (handwritten)

## OCCURRENCE

**LOCATION OF OCCURRENCE:** ___
**AUTHORITY CONTACTED:** ___

**DESCRIPTION OF OCCURRENCE:** CLMT, LUNSFORD, HAS CONTACTED INS RE DAMAGE TO HOUSE.. PORCH SEPARATING FROM HOUSE, ETC. EMC HAD COVERAGE FROM 1-1-00 TO 1-1-05

## POLICY INFORMATION

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|
| 2000000 | 2000000 | 1000000 | 1000000 | 100000 | 5000 | 1000 | X PD |

UMBRELLA/EXCESS: UMBRELLA / EXCESS / CARRIER: ___

## TYPE OF LIABILITY

PREMISES: INSURED IS — OWNER / TENANT / OTHER
OWNER'S NAME & ADDRESS (if not insured): ___
PRODUCTS: INSURED IS — MANUFACTURER / VENDOR / OTHER
MANUFACTURER'S NAME & ADDRESS (if not insured): ___
WHERE CAN PRODUCT BE SEEN? ___
OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain): ___

TYPE OF PREMISES: ___
OWNERS PHONE: ___
TYPE OF PRODUCT: ___
MANUFACT PHONE: ___

## INJURED/PROPERTY DAMAGED

**NAME & ADDRESS (Injured/Owner):** MICHAEL LUNSFORD — LTR FROM INS ATTACHED
AGE / SEX / OCCUPATION: ___
EMPLOYER'S NAME & ADDRESS: ___
DESCRIBE INJURY: ___
FATALITY: ___
DESCRIBE PROPERTY (Type, model, etc): ___
ESTIMATE AMOUNT: ___
WHERE TAKEN: ___
WHERE CAN PROPERTY BE SEEN: ___
WHAT WAS INJURED DOING: ___
WHEN CAN PROPERTY BE SEEN: ___

## WITNESSES

NAME & ADDRESS: ___
BUSINESS PHONE: ___
RESIDENCE PHONE: ___

## REMARKS

FAXED TO EMC ON 10-27-04

REPORTED BY INS: ___
REPORTED TO: RETHA
SIGNATURE OF INSURED: ___
SIGNATURE OF PRODUCER: George W. Thompson, III

ACORD 3 (10/98) NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE © ACORD CORPORATION

EMCC 259