IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARNBERG & ALLEN CONSTRUCTION, )<br>LLC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1108-MEF |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before January 5, 2007.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE