IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-1108-MEF |
| ARNBERG & ALLEN CONSTRUCTION, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Joint Motion for Extension of Time to File Stipulation of Dismissal with Prejudice (Doc. # 28) filed on January 3, 2007, it is hereby ORDERED that the Joint Motion (Doc. # 28) is GRANTED. The parties shall file their joint stipulation of dismissal on or before January 19, 2007.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE