IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ARNBERG & ALLEN CONSTRUCTION, ) LLC., *et al.*, ) ) Defendants. ) | CASE NO. 2:05-cv-1108-MEF |

## **O R D E R**

Upon consideration of the Second Joint Motion for Extension of Time to File Stipulation of Dismissal With Prejudice (Doc. #30) filed on January 18, 2007, it is hereby

ORDERED that the motion is GRANTED to and including March 2, 2007.

DONE this the 18th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE