IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>ARNBERG & ALLEN CONSTRUCTION, )<br>L.L.C.; STEPHEN D. ARNBERG, )<br>JIM ALLEN, MICHAEL O. LUNSFORD )<br>and DEBRA O. LUNSFORD. )<br>)<br>    Defendants. ) | CIVIL ACTION NO:<br>2:05 -CV-01108-MEF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Employers Mutual Casualty Company ("EMCC"), Defendants Arnberg & Allen Construction, LLC and Jim Allen, Michael O. and Debra O. Lunsford and through their undersigned counsel, hereby jointly stipulate all of the claims asserted in this action shall be dismissed with prejudice, with court costs taxed as paid.

    Dated:  March 2, 2007

/s/James A. Kee, Jr. ASB-4314-e68j
/s/Cynthia A. Martin ASB-2044-i49c
Attorneys for Plaintiff Employers Mutual Casualty Company

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205)968-9900 (phone)
(205)968-9909 (fax)

/s/ Richard H. Allen ALL-053
Attorney for Defendants
Arnberg & Allen Construction
LLC and Jim Allen

OF COUNSEL:
CAPELL & HOWARD, PC
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000 (phone)
(334) 241-8219 (fax)

/s/Robert Jackson Russell, Jr
Attorney for Defendants
Michael and Debra Lunsford

OF COUNSEL:
PARNELL & CRUM, PA
P.O. Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200 (phone)
(334) 832-4703 (fax)