IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARNBERG & ALLEN CONSTRUCTION, )<br>LLC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1108-MEF |

## **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #32) filed by the parties on March 2, 2007, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE